AO 108 (Rev. 06/09)  Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>Eleven Internet Domain Names, as described more<br>fully in Attachment A | )<br>)<br>)<br>)<br>) |

Case No.  2:21-mc-00115-JLW

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____Eastern_____ District of

_____Virginia_____ is subject to forfeiture to the United States of America under ____18____ U.S.C. §

__2323(a)(1)(B)__ and 981 *(describe the property)*:

See Attachment A, incorporated herein by reference.

The application is based on these facts:
See Affidavit of HSI Special Agent Lynn M. Henry, incorporated herein by reference.

Pursuant to Fed. R. Crim. P. 4.1, this warrant is presented:☑ by reliable electronic means; or:☐ telephonically recorded.

_____
Applicant's signature

Lynn M. Henry, HSI Special Agent
*Printed name and title*

O  The foregoing affidavit was sworn to before me and signed in my presence, or
◉  The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date: _____11/10/2021_____

_____
Judge's signature

City and state:  Seattle, Washington

John L. Weinberg, U.S. Magistrate Judge
*Printed name and title*

USAO: 2018R00640

# ATTACHMENT A

# ATTACHMENT A

**I.   Subject Domain Names**

        a. Team-xecuter.com
        b. Xecuter.com
        c. Mod3dscard.com
        d. Sxflashcard.com
        e. Digitopz.com
        f. Truebluemini.com
        g. Ploylab.com
        h. Classic2magic.com
        i. Axiogame.com
        j. Chinadistrib.com
        k. Maxconsole.com

**II.   Seizure Procedure**

A. The seizure warrant will be presented in person or transmitted via facsimile or email to personnel of the domain name registry listed in Section 0 ("Subject Registry") and the domain name registrars based in the United States listed in Section IV ("Subject Registrars"). The Subject Registry will be directed, for the domain names listed in Section I ("Subject Domain Names") for which it serves as the top-level domain registry, to make any changes necessary to restrain and lock the domain name pending transfer of all rights, title, and interest in the Subject Domain Name to the United States upon completion of forfeiture proceedings.

B. Upon seizure of the Subject Domain Names, the Subject Registry shall point the Subject Domain Names to the IPR Center's Domain Names ns1.seizedservers.com (IP address 66.212.148.117) and ns2.seizedservers.com (IP address 66.212.148.118) and at which the Government will display a web page with the following notice:

> *This domain name has been seized by ICE - Homeland Security Investigations pursuant to a seizure warrant issued by a United States District Court under the authority of Title 18, United States Code, Sections 981 and 2323.*

Attachment A  -- Page 1
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

*Willful copyright infringement is a federal crime that carries penalties of up to five years in federal prison and a $250,000 fine, forfeiture and restitution (Title 17, United States Code, Section 506, Title 18, United States Code, Section 2319). Trafficking in circumvention devices is a federal crime that carries penalties for first time offenders of up to five years in prison, a $500,000 fine, and restitution (Title 17, United States Code, Sections 1201(a)(2)(A) and 1204(a)(1)).  Attempt or conspiracy to commit wire fraud is a federal crime that carries penalties of up to 20 years imprisonment, a $500,000 fine, forfeiture, and restitution (Title 18, United States Code, Section 1349).*

C.  Upon seizure of the Subject Domain Names, the <u>Subject Registry</u> will take all steps necessary to restrain and lock the domain at the registry level to ensure that changes to the subject domain names cannot be made absent a court order or, if forfeited to the United States Government, without prior consultation with United States Immigration and Customs Enforcement.

D.  Upon seizure of the Subject Domain Names, the <u>Subject Registrars</u> based in the United States shall contact the registrant of the Subject Domain Name and provide them notice of the seizure along with the following contact information:

    a.  Name:      Homeland Security Investigations
                            National Intellectual Property Rights Coordination Center
    b.  Address:   2451 Crystal Drive, Suite 200
                            Arlington, VA 20598-5105
        Country:   USA
    c.  Telephone: 1-866-IPR-2060 (1-866-477-2060)
    d.  Email:      IPRCenter@dhs.gov
    e.  Fax:        703-603-3872

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**III.**   **Subject Registry**

VeriSign, Inc.
12061 Bluemont Way
Reston, Virginia 20190
*(For all Subject Domain Names)*

**IV.**   **Subject Registrars based in the U.S.**

Corporation Service Company (CSC) Corporate Domains, Inc.
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808
*(For Mod3dscard.com; Axiogame.com)*

GoDaddy.com, LLC
2155 East GoDaddy Way
Tempe, Arizona 85284
*(For Sxflashcard.com; Digitopz.com; Ploylab.com)*

NameCheap, Inc. dba Namecheap.com
4600 East Washington Street, Suite 300
Phoenix, Arizona 85034
*(For Team-xecuter.com; Xecuter.com)*

PublicDomainRegistry.com, a subsidiary of Newfold Digital, Inc. (formerly known as Endurance International Group, Inc.).
10 Corporate Drive, Suite 300
Burlington, Massachusetts, 01803
*(For Truebluemini.com; Classic2magic.com; Chinadistrib.com; Maxconsole.com)*

Attachment A  -- Page 3
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

## AFFIDAVIT

STATE OF WASHINGTON          )
                             )          ss
COUNTY OF KING               )

I, LYNN M. HENRY, being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent ("SA") with the United States Department of Homeland Security, Homeland Security Investigations ("HSI") and have been so employed since November 2001.  I am currently assigned to the HSI office of the Special Agent in Charge in Seattle, Washington, which investigates trade fraud, intellectual property rights ("IPR"), smuggling, money laundering, and other crimes in and around the Seattle, Washington area, committed against the United States.  I have received training in the detection and investigation of HSI violations, including fraud, intellectual property rights violations, and smuggling at the Federal Law Enforcement Training Center in Glynco, Georgia. During my employment with HSI, and prior to that with the United States Customs Service, I have participated in investigations involving Customs fraud, money laundering, wire fraud, IPR violations, bribery, sexual crimes against children, narcotics trafficking, and other crimes committed against the United States.

2.      The facts set forth in this Affidavit are based on my own personal observations and knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement personnel; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein including, but not limited to, Nintendo of America, Inc. employees and investigators hired by Nintendo; and information gained through my training and experience. Because this Affidavit is submitted for the limited purpose of establishing probable

1  cause in support of the application for seizure warrants, it does not set forth each and
2  every fact that I or others have learned during the course of this investigation.

3       3.      I make this affidavit in support of the government's application,
4  pursuant to Title 18, United States Code, Sections 2323(a)(1)(B) and 981 for warrants
5  to seize the following property:

6      The domain name, **TEAM-XECUTER.COM** ("**SUBJECT DOMAIN 1**")
7      which is registered with NameCheap, Inc. doing business as ("dba")
       Namecheap.com, located at 4600 East Washington Street, Suite 300, Phoenix,
8      Arizona 85034, USA.

9      The domain name, **XECUTER.COM** ("**SUBJECT DOMAIN 2**") which is
10     registered with NameCheap, Inc. dba Namecheap.com, located at 4600 East
11     Washington Street, Suite 300, Phoenix, Arizona 85034, USA.

12     The domain name, **MOD3DSCARD.COM** ("**SUBJECT DOMAIN 3**") which
13     is registered with Corporation Service Company ("CSC") Corporate Domains,
       Inc., located at 2711 Centerville Road, Suite 400, Wilmington, Delaware
14     19808, USA.

15     The domain name, **SXFLASHCARD.COM** ("**SUBJECT DOMAIN 4**")
16     which is registered with GoDaddy.com, LLC, located at 2155 East GoDaddy
17     Way, Tempe, Arizona 85284, USA.

18     The domain name, **DIGITOPZ.COM** ("**SUBJECT DOMAIN 5**") which is
19     registered with GoDaddy.com, LLC, located at 2155 East GoDaddy Way,
20     Tempe, Arizona 85284, USA .

21     The domain name, **TRUEBLUEMINI.COM** ("**SUBJECT DOMAIN 6**")
22     which is registered with PublicDomainRegistry.com, a subsidiary of Newfold
       Digital, Inc. (formerly known as ("FKA") Endurance International Group,
23     Inc.), located at 10 Corporate Drive, Suite 300, Burlington, Massachusetts,
24     01803, USA.

25     The domain name, **PLOYLAB.COM** ("**SUBJECT DOMAIN 7**") which is
26     registered with GoDaddy.com, LLC, located at 2155 East GoDaddy Way,
       Tempe, Arizona 85284, USA .

27     The domain name, **CLASSIC2MAGIC.COM** ("**SUBJECT DOMAIN 8**")
28     which is registered with PublicDomainRegistry.com, a subsidiary of Newfold

Affidavit of Special Agent Lynn Henry - 2
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  |  Digital, Inc. (FKA Endurance International Group, Inc.), located at 10
2  |  Corporate Drive, Suite 300, Burlington, Massachusetts, 01803, USA.

3  |  The domain name, **AXIOGAME.COM** ("**SUBJECT DOMAIN 9**") which is
4  |  registered with CSC Corporate Domains, Inc., located at 2711 Centerville
5  |  Road, Suite 400, Wilmington, Delaware 19808, USA.

6  |  The domain name, **CHINADISTRIB.COM** ("**SUBJECT DOMAIN 10**")
7  |  which is registered with PublicDomainRegistry.com, a subsidiary of Newfold
   |  Digital, Inc. (FKA Endurance International Group, Inc.), located at 10
8  |  Corporate Drive, Suite 300, Burlington, Massachusetts, 01803, USA.

9  |  The domain name, **MAXCONSOLE.COM** ("**SUBJECT DOMAIN 11**")
10 |  which is registered with PublicDomainRegistry.com, a subsidiary of Newfold
   |  Digital, Inc. (FKA Endurance International Group, Inc.), located at 10
11 |  Corporate Drive, Suite 300, Burlington, Massachusetts, 01803, USA.

12 | (hereinafter, collectively the "**SUBJECT DOMAINS**").
13 |

14 | 4.      The procedure by which the government will seize the **SUBJECT DOMAINS** is described in Attachment A attached hereto and below.

15 | 5.      Based on my training and experience and the facts as set forth in this

16 | Affidavit, I respectfully submit there is probable cause to believe that the **SUBJECT**

17 | **DOMAINS** were used, or intended to be used, to commit or facilitate violations of

18 | Title 18, United States Code, Sections 2 (Aiding and Abetting); 371 (Conspiracy);

19 | 1343 (Wire Fraud); 1349 (Attempt and Conspiracy to Commit Wire Fraud); 1956 &

20 | 1957 (Money Laundering); 2319 (Criminal Infringement of a Copyright); in addition

21 | to violations of Title 17, United States Code, Sections 506 (Criminal Infringement)

22 | and 1201 (Circumvention of Copyright Protection Systems) (hereinafter, collectively

23 | the "SUBJECT OFFENSES"); have been committed by known and unknown persons.

24 | and are subject to seizure and forfeiture pursuant to Title 18 United States Code,

25 | Sections 2323(a) and 981.  This warrant is requested in connection with an on-going

26 | investigation in this district by HSI and the Federal Bureau of Investigation ("FBI").

27 |
28 |

## BACKGROUND, DEFINITIONS & TECHNICAL TERMS

6.      Based on my training and experience and information learned from others, I am aware of the following:

### The Digital Millennium Copyright Act

7.      Congress enacted the Digital Millennium Copyright Act ("DMCA") on October 28, 1998, with the goals of protecting copyrighted works from piracy and promoting electronic commerce.  The DMCA's central criminal enforcement provision, Title 17, United States Code, Section 1201, contains broad prohibitions against the circumvention of copyright protection systems.  While traditional copyright law focuses on direct infringement of copyrighted work, the DMCA focuses on the tools or circumvention devices used by infringers.

8.      Section 1201 prohibits both the use of and the trafficking in circumvention devices.  First, and foremost, Section 1201 prohibits directly "circumvent[ing] a technological measure that effectively controls access to a work protected under this [copyright] title." 17 U.S.C. § 1201(a)(1)(A).  Second, it prohibits the *manufacture of or trafficking in* two types of circumvention devices. Section 1201(a)(2) prohibits the manufacture of or trafficking in devices designed to circumvent a technological measure that controls access to a copyrighted work.  17 U.S.C. § 1201(a)(2).  Section 1201(b) prohibits the manufacture of or trafficking in products or technology designed to circumvent a technological measure that protect a copyright owner's rights under the Copyright Act, such as the right to permit access to a copyrighted work while preventing copying of that work.  17 U.S.C. § 1201(b).

### Domain Terms

9.      **Internet**: The Internet is a global network of computers and other electronic devices that communicate with each other.  Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

Affidavit of Special Agent Lynn Henry - 4
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

10.     **Internet Protocol Address**:  An Internet Protocol ("IP") address is a unique numeric address used by devices, such as computers, on the Internet.  Every device attached to the Internet must be assigned an IP address so that Internet traffic sent from and directed to that device may be directed properly from its source to its destination.  Most Internet service providers control a range of IP addresses.

11.     **Domain Name**:  A domain name is a simple easy-to-remember way for humans to identify computers on the Internet using a series of characters (e.g., letters, numbers, or other characters) that correspond with a particular IP address.  For example, "usdoj.gov" and "cnn.com" are domain names.

12.     **Domain Name System**:  The domain name system ("DNS") is, among other things, a hierarchical convention for domain names.  Domain names are composed of one or more parts, or "labels," that are delimited by periods, such as "www.example.com."  The hierarchy of domains descends from right to left; each label to the left specifies a subdivision, or subdomain, of the domain on the right.  The right-most label conveys the "top-level" domain.  For example, the domain name "www.example.com" means that the computer assigned that name is in the ".com" top-level domain, the "example" is the second-level domain and is the web server.

13.     **Domain Name Servers**:  DNS servers are computers connected to the Internet that convert, or resolve, domain names into Internet Protocol ("IP") addresses.

14.     **Registry**:  For each top-level domain (such as ".com"), there is a single company called a "registry" that determines which second-level domain resolves to which IP address.  For example, the registry for the ".com" and ".net" top-level domains are VeriSign, Inc., which has its headquarters at 12061 Bluemont Way, Reston, Virginia, USA.

15.     **Registrar & Registrant**:  Domain names may be purchased through a registrar, which acts as the intermediary between the registry and the purchaser of the domain name.  The individual or business that purchases, or registers, a domain name is called a "registrant."  Registrants control the IP address, and thus the computer, to

Affidavit of Special Agent Lynn Henry - 5
USAO#2018R00640

which their domain name resolves.  Thus, a registrant may easily move a domain name to another computer anywhere in the world.  Typically, a registrar will provide a registrant with the ability to change the IP address through an online interface. Registrars typically maintain customer and billing information about the registrants who use their domain name registration services.

16.    **Whois**: A "Whois" search provides publicly available information as to which entity is responsible for a particular IP address or domain name. A Whois record for a particular IP address or domain name will list a range of IP addresses that that IP address falls within and the entity responsible for that IP address range and domain name.  For example, a Whois record for the domain name XYZ.COM might list an IP address range of 12.345.67.0 - 12.345.67.99 and list Company ABC as the responsible entity.  In this example, Company ABC would be responsible for the domain name XYZ.COM and IP addresses 12.345.67.0 - 12.345.67.99.

### Technical Terms

17.    The following definitions are provided to explain some of the terms used specific to this investigation and involving the videogame industry and culture. These definitions are provided here in part only and do not purport to be all possible objective or subjective definitions of such terms:

a.    **Technological Measure**:  A "technological measure" refers to a measure designed to control access to or use of a protected work.  "[A] technological measure 'effectively controls access to a [copyrighted] work' if the measure, in the ordinary course of its operation, requires the application of information, or a process or a treatment, with the authority of the copyright owner, to gain access to the work." 17 U.S.C. § 1201(a)(3)(B).  "[A] technological measure 'effectively protects a right of a copyright owner under this title' if the measure, in the ordinary course of its operation, prevents, restricts, or otherwise limits the exercise of a right of a copyright owner under this [Title 17]." 17 U.S.C. § 1201(b)(2)(B).

Affidavit of Special Agent Lynn Henry - 6
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

b. **Circumvention**:  "[C]ircumvention" is "[t]he act of bypassing, avoiding, removing, deactivating, or impairing a technological measure or device that controls access to a work protected by U.S. copyright law."  Black's Law Dictionary (10th ed. 2014).

c. **Anticircumvention device**:  An "anticircumvention device" is "[a]n apparatus designed to prevent users from bypassing, avoiding, removing, deactivating, or impairing a technological measure that controls access to a work protected by copyright . . ."  Black's Law Dictionary (10th ed. 2014).

d. **Firmware**: "Firmware" generally refers to a software program embedded in a hardware device that provides instructions regarding how the hardware functions and communicates with other devices.  Firmware is usually stored in the read only memory of the device and can be erased and rewritten.

e. **Encryption**: "Encryption" is the use of a cryptographic method to protect sensitive data.  Typically, sensitive data is encrypted using an algorithm to make it readable only by authorized users who possess the key or cipher needed to decrypt the data.

f. **Scrambling**:  "Scrambling" is a data obfuscation technique that involves the rearranging of data in a predetermined way that it can be restored by an authorized user.

g. **Malware**:  Malware is malicious computer code running on a computer. Relative to the owner/authorized user of that computer, malware is computer code that is running on the system that is unauthorized and present on the system without the user's consent.

h. **ROM**: "ROM" typically stands for "read-only memory."  However, ROM is generally understood in the videogaming community to refer to an unauthorized copy of a videogame title that can take the form of read-only memory files or read-only memory images.  Depending on its nature, a ROM can be played on consoles, computers, phones and other devices often through the use of an "emulator."

Affidavit of Special Agent Lynn Henry - 7
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

i.  **Emulator**:  An emulator can be a hardware device or software program that enables a computer system to mimic the functions of another computer system.

j.  **Mod Chip**:  A "mod chip" or "modchip" is a physical device used to circumvent technological measures on video game hardware, such as consoles, that are designed to protect copyrighted content by ensuring that only legitimately produced and distributed video game titles are used on the hardware.

k.  **HomeBrew**:  "Home brew" or "homebrew" is a term coined by gaming enthusiasts who seek to add functions to videogame hardware beyond the parameters set by the hardware manufacturer.  Homebrew can involve expanding the functions of videogame hardware to allow the device to do more than just play games.  Homebrew enthusiasts also develop games that can be played on the consoles.  Certain homebrew games are entirely original games, while others modify copyrighted works or use trademarked characters without the rights holder's consent.

l.  **Pirated**:  The use or reproduction of another's work for profit without their permission.

m.  **Scene**: An underground community of individuals that specialize in the distribution of copyrighted material, including television shows, movies, music, music videos, and video games. The scene is meant to be hidden from the public, with access only being granted to those within the community.

## STATUTORY BASIS FOR SEIZURE AND FORFEITURE

18.     The central basis for forfeiting the **SUBJECT DOMAINS** is that they belonged to a criminal enterprise that was involved in an extensive money laundering conspiracy.  Title 18, United States Code, Section 981(a)(1)(A) provides, in relevant

Affidavit of Special Agent Lynn Henry - 8
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE
5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

part, that any property involved in a transaction or attempted transaction in violation of the prohibition of 18, United States Code, Section 1956, is subject to civil forfeiture to the United States government.  The assets of a business may be subject to forfeiture when the business is used to facilitate the money laundering conspiracy. *See, e.g.*, *United States v. All Assets of G.P.S. Auto. Corp.*, 66 F.3d 483, 487 (2d Cir. 1995) (upholding forfeiture of business used to sell stolen auto parts and launder proceeds); *United States v. Seher*, 562 F.3d 1344, 1369 (11th Cir. 2009) (finding that inventory of jewelry store business was subject to forfeiture where the inventory made it easier to launder funds and where the business was used to create a façade of legitimacy which aided in the concealment of illegal activity); *United States v. Real Prop. at 7401-7403 S. Racine Ave.*, No. 04-C-5885, 2010 WL 1286885, *8 (N.D. Ill. Mar. 30, 2010) (real property where claimant operated the grocery store used to commit food stamp fraud is forfeitable in its entirely as property involved in money laundering violations when claimant conducts financial transactions involving his fraud proceeds on the premises); *United States v. Any and All Assets of Shane Co.*, 816 F. Supp. 389, 401-402 (M.D.N.C. 1991) (finding probable cause that trucking business was subject to forfeiture because it was used to transport narcotics and to launder drug proceeds).

19.    A secondary basis for forfeiting the **SUBJECT DOMAINS**, is Title 18, United States Code, Section 2323(a)(1)(B), which provides, in relevant part, that any property used, or intended to be used, to commit or facilitate the commission of Criminal Copyright Infringement in violation of Title 18, United States Code, Section 2319 are subject to civil forfeiture to the United States government.

20.    Title 18, United States Code, Section 981(b) authorizes seizure of property subject to civil forfeiture based upon a warrant supported by probable cause. Title 18, United States Code, Section 981(b)(3) permits the issuance of a seizure warrant by a judicial officer in any district in which a forfeiture action against the property may be filed and may be executed in any district in which the property is found.

Affidavit of Special Agent Lynn Henry - 9
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

21.     Neither a restraining order nor an injunction is sufficient to guarantee the availability of the **SUBJECT DOMAINS** for forfeiture.  By seizing the **SUBJECT DOMAINS** and redirecting them to another website, the Government will prevent third parties from acquiring the names and using them to commit additional crimes.  Furthermore, seizure of the **SUBJECT DOMAINS** will prevent third parties from continuing to access the **SUBJECT DOMAINS** in their present form.

22.     Title 18, United States Code, Section 981(h) provides that venue for civil forfeitures brought under this section lies in the district either where the defendant owning the property is located or in the judicial district where the criminal prosecution is brought.

23.     As set forth below, there is probable cause to believe that the **SUBJECT DOMAINS** are subject to civil forfeiture because they were used in the commission of violations of the SUBJECT OFFENSES.

## SEIZURE PROCEDURE

24.     As detailed in Attachment A, upon execution of the seizure warrant, the registry for the **SUBJECT DOMAINS**, VeriSign, Inc., shall be directed to restrain and lock the **SUBJECT DOMAINS** pending transfer of all right, title, and interest in the **SUBJECT DOMAINS** to the United States upon completion of forfeiture proceedings, to ensure that changes to the **SUBJECT DOMAINS** cannot be made absent court order or, if forfeited to the United States, without prior consultation with HSI, FBI, or the Department of Justice ("DOJ").

25.     In addition, upon seizure of the **SUBJECT DOMAINS** by HSI or FBI, VeriSign, Inc. will be directed to associate the **SUBJECT DOMAINS** to a new authoritative name server(s) to be designated by a law enforcement agent.  The Government will display a notice on the website to which the **SUBJECT DOMAINS** will resolve indicating that the site has been seized pursuant to a warrant issued by this Court.

Affidavit of Special Agent Lynn Henry - 10
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

26.    The registrars, CSC Corporate Domains, Inc., GoDaddy.com LLC, NameCheap, Inc., and PublicDomainRegistry.com (a subsidiary of Newfold Digital, Inc. (FKA Endurance International Group, Inc.), shall contact the registrants of their respective **SUBJECT DOMAINS** and provide notice of seizure along with the contact information for HSI or FBI.

## STATEMENT OF PROBABLE CAUSE

27.    In 2018, HSI and FBI in Seattle, Washington, opened a joint investigation of a financially motivated hacking group.  This group ran a criminal enterprise that was one of the world's most notorious developers of illegal devices that hack popular videogame consoles so they can be used to play unauthorized, or "pirated," copies of videogames.  The criminal enterprise used a variety of names and brands, including Axiogame.com, Maxconsole.com, China Distribution, and, most commonly, Team Xecuter.[1]   The criminal enterprise sold numerous hacking devices, including, but not limited to, the Gateway 3DS, the Stargate, the TrueBlue Mini, the Classic2Magic, and the SX line of devices that included the SX OS, the SX Pro, the SX Gear, the SX Lite, and the SX Core.

28.    The criminal enterprise generated tens of millions of dollars of revenue from the sale of the devices, and subsequently laundered a portion of those funds.  The losses that the criminal enterprise caused to the victim companies are still being calculated.  However, the losses associated with the SX family of devices alone is anticipated to exceed $50,000,000 USD.

29.    During the course of this investigation, law enforcement has executed numerous warrants to search the email accounts of members of the conspiracy.  This information, in connection with publicly available data, has provided information regarding the nature and scope of the enterprise, which is discussed in greater detail below.

---

[1] For ease of reference, this group will be referred to as the "enterprise" or "Team Xecuter" throughout this affidavit.

**A.**      **Background on the Videogame Industry**

30.      The defendants carried out a scheme that sought to profit from, among other things, the illegal use of pirated videogames on popular videogame consoles. Videogame consoles are home entertainment computers designed primarily to play copyright-protected videogames in proprietary formats.  Consoles typically come in the form of either home consoles designed for residential gameplay, or handheld consoles designed for mobile gameplay.  Traditionally, videogame consoles were designed to play game cartridges, cards, or discs.  However, videogame manufacturers have invested substantial resources in developing online marketplaces in which customers can use their consoles to access an online account to, among other things, purchase digital game titles and services.  Moreover, gaming companies have developed extensive online ecosystems, hosted on servers maintained by or leased by gaming companies, in which customers can use their game consoles to receive updates, unlock game features, exchange messages, and play games online with other players.

31.      The design, development, and promotion of videogame consoles (and the associated online features) requires a tremendous investment of time and financial resources.  Console manufacturers like Nintendo, Sony, and Microsoft, often manufacture game consoles with small profit margins.  To recoup these costs, manufacturers depend on the stream of revenue that flows after a customer purchases a console.  The customer's purchase of licenses to play copyright-protected videogames accounts for the majority of that revenue stream.

32.      Beyond the costs to develop videogame consoles, individual videogame titles themselves can take years to develop at the cost of millions of dollars.  Many game titles are designed to be played exclusively on a specific manufacturer's console.  For example, Nintendo has a family of game titles that cannot be played on the Sony PlayStation or the Microsoft Xbox.

33.      According to the Entertainment Software Association's ("ESA") 2019 report on "Essential Facts About the Computer and Video Game Industry," 65% of

Affidavit of Special Agent Lynn Henry - 12
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

American adults play videogames, and 49% of those adults use a dedicated game console. ESA's report indicates that Americans spent far more on videogame content than physical hardware devices in 2018. Whereas Americans spent $5.1 billion on gaming hardware, they spent $35.8 billion on videogame content.

34.     Commercial videogame titles represent a bundle of contractual rights and licenses. According to these rights and licenses, revenue from the distribution and sale of commercial videogame titles flows to console manufacturers, developers who finance and create the titles, publishers who release and market the titles, owners of intellectual property integrated in the titles, and retailers who sell the titles to customers either online or through brick and mortar stores. These studios, companies, and other entities will be referred to as the "victim companies" throughout this Affidavit.

35.     The use of major consoles to play copyrighted videogame titles is typically governed by end user license agreements. These agreements allow a user to purchase a limited license to use protected software on the consoles, such as the console's operating system and individual videogame titles. These agreements also prohibit the user from, among other things, duplicating, reproducing, modifying, and selling the software.

36.     To further protect their intellectual property against videogame piracy, and to ensure that only authorized and licensed videogames can be played on legitimate devices, console manufacturers and game developers implement technological measures to prevent the use of unauthorized firmware and the playing of pirated videogames. These technological measures range from how game cartridges are physically designed, to cryptographic keys that are placed on the software. Due to the effectiveness of technological measures on modern videogame consoles made by leading companies, pirated ROMs typically cannot be played on these consoles without the use of a circumvention device, such as the devices developed and distributed by Team Xecuter.

Affidavit of Special Agent Lynn Henry - 13
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

37.     Console manufacturers also have developed techniques, such as the use of authentication processes, to detect if a console is playing a counterfeit game when that console connects to a console manufacturer's servers.  This allows console manufacturers to flag or ban consoles that are engaged in such activity.

38.     Console manufacturers and game developers rely on the protections provided by trademark and copyright law.  Copyright and trademark notices typically are displayed when games and firmware software are booted up.  Copyright and trademark notices are also displayed prominently on the packaging for consoles and videogames.

39.     The theft of intellectual property causes substantial damage to victim companies.  Circumvention devices are predominantly designed to allow users to play pirated videogame titles.  Consequently, the manufacturers and sellers of circumvention devices aim to profit from the sale of devices that are designed to deprive victim companies of the stream of revenue they are entitled to receive from the use of the videogame titles.

40.     In addition, pirated videogame titles sometimes permit the users of those pirated videogame titles to manipulate games, which can affect the gameplay of legitimate users in an online, multiplayer environment.  Thus, the circulation and use of pirated videogame titles tarnishes brand names and erodes the goodwill that victim companies have developed with their legitimate customers.

**B.     The Enterprise's Leadership**

41.     The enterprise was led by a core group of individuals who have worked to profit from software piracy for numerous years under a variety of names.  As experienced operators in the illegal modchip industry, the leaders of the enterprise knew that U.S. law prohibited both the distribution of ROMs, and the distribution and use of devices that circumvented technological measures on game consoles.  The leaders also knew that they -- and their co-conspirators -- operated websites that engaged in direct copyright infringement.

Affidavit of Special Agent Lynn Henry - 14
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

42.     On or about August 20, 2020, the grand jury in the Western District of Washington returned an 11-count indictment against three of these leaders.  Each defendant is charged with the following:

- One count of conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349;

- Four counts of wire fraud, in violation of Title 18, United States Code, Section 1343;

- One count of conspiracy to circumvent technological measures and to traffic in circumvention devices, in violation of Title 18, United States Code, Section 371;

- Four counts of trafficking in circumvention devices, in violation of Title 17, United States Code, Sections 1201(a)(2)(A) and 1204(a)(1), and Title 18, United States Code, Section 2; and

- One count of conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h)

43.     Defendant Max LOUARN ("LOUARN"), a French national living in France, was a leader of the enterprise who recruited investors and exploit developers, made strategic business decisions, finalized product design, and financed projects. LOUARN played a critical role in establishing wholesale distribution chains and linking the enterprise's manufacturer with various resellers around the world. LOUARN also oversaw the development and administration of the reseller site Axiogame.com (**SUBJECT DOMAIN 9**), along with Yuanning CHEN ("CHEN"). LOUARN was also involved with managing the enterprises wholesale website, Chinadistrib.com (**SUBJECT DOMAIN 10**) with CHEN.  On or about September 12, 2020, LOUARN was arrested in Tanzania pursuant to an Interpol Red Notice. Although the United States filed an extradition request, LOUARN was released and left the country before an appeal could be filed.

44.     Defendant CHEN, a Chinese national living in China, provided financing and strategic guidance for the development of the enterprise's

Affidavit of Special Agent Lynn Henry - 15
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

circumvention devices.  CHEN oversaw the management of a manufacturing and distribution company called "China Distribution," aka "ChinaDistrib," or Chinadistrib.com (**SUBJECT DOMAIN 10**) that held itself out as the official wholesale distributer of many of the circumvention devices.  In addition, the enterprise held CHEN out as the public operator of **SUBJECT DOMAIN 9**, its online reseller marketplace.

45.     Defendant Gary Wayne BOWSER ("BOWSER"), a Canadian national who is currently in U.S. custody, was responsible for developing circumvention devices and marketing those devices.  BOWSER was the administrator of multiple websites operated by the enterprise, including Maxconsole.com (**SUBJECT DOMAIN 11**), which served as a central location for the enterprise to introduce reviews, advertisements, and support forums for circumvention devices and the resellers who were selling the devices in various countries.  BOWSER was deported from the Dominican Republic in October 2020, and subsequently had his initial appearance on or about October 2, 2020 in the District of New Jersey, and again on or about November 25, 2020, in the Western District of Washington.

## C.     The Development and Distribution of Circumvention Devices

46.     The enterprise developed and sold numerous circumvention devices for leading videogame consoles.  The sale of these circumvention devices involved the interstate and international transmission of electronic communications about the devices, in addition to the interstate and international shipment of the actual devices, to locations in the Western District of Washington and elsewhere.

47.     Although it would have been more efficient for the enterprise to use a single brand to develop, market, and distribute its products, they chose to use a wide variety of brands, websites, and distribution channels.  The enterprise used this fragmented approach to protect the overall enterprise in the event that one device or brand were to be targeted by gaming companies, financial institutions, and/or law enforcement.

Affidavit of Special Agent Lynn Henry - 16
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE
5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

48.     The enterprise recruited and hired developers to create and design circumvention devices.  From time to time, they sought to partner with individual hackers or groups of hackers who had already developed an exploit for a particular game console.  Subsequently, LOUARN and CHEN would arrange for the manufacture and distribution of the devices that targeted the exploit.

49.     To protect its projects from other teams of hackers and law enforcement, the enterprise regularly used encrypted means of communication.  Among other channels of communication, the enterprise utilized applications offering end-to-end encryption, such as Signal and Telegram, and employed PGP encryption in sensitive email communications.

50.     The enterprise deployed a variety of techniques to mask and protect servers under the enterprise's control.  Among other things, the enterprise utilized technology that allowed members to remain anonymous or immune from legal enforcement actions, such as reverse proxies and bulletproof hosting providers.

51.     The commercial success of the enterprise's circumvention devices depended primarily on the availability of pirated ROMs.  Otherwise, users would have been forced to copy their own ROMs from game titles.  Accordingly, the enterprise undertook efforts to create and support online ROM libraries that could be used by the enterprise's customers.  The enterprise directed users to ROM libraries through maxconsole.com (**SUBJECT DOMAIN 11**).  Additionally, some of the enterprise's resellers sold circumvention devices as a package with ROMs of game titles or otherwise offered ROMs directly or indirectly to customers.

52.     At times, the enterprise also attempted to cloak its illegal activity with a purported desire to support homebrew enthusiasts who wanted to design their own games.  However, the predominant design of the enterprise's products was to allow purchasers to play pirated ROMs.

53.     The enterprise designed, manufactured, and sold circumvention devices for the express purpose of allowing users to circumvent technological protections implemented by console manufacturers and play pirated ROMs.  In so doing, the

Affidavit of Special Agent Lynn Henry - 17
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

enterprise knowingly conspired to and aided and abetted the infringement of copyrights owned by game developers.

**D.     The Team Xecuter Brand**

54.     Beginning at a time unknown, but no later than June 2015, the defendants and their co-conspirators operated a significant portion of their illegal enterprise under the Team Xecuter brand.  Team Xecuter held itself out as a legitimate company that had broken from a dubious past.  The group had a prominent presence online and operated the public website **TEAM-XECUTER.COM** (**SUBJECT DOMAIN 1**) entitled, "Team Xecuter – Rocking The Video Gaming Console Scene Since 2002."  The group aggressively advertised its products on various online forums and in YouTube videos.

55.     The "About Us" section of **SUBJECT DOMAIN 1** contained the following statement, indicating that Team Xecuter has been involved in the development of circumvention devices since 2001:

> Team Xecuter have developed hardware and software for the Xbox Scene since 2001. The initial roots of the group were based on the Xbox homebrew hacking scene, however where we started as a small group of hardcore enthusiasts dealing with extremely gray area market products, we have now grown into a large electrical manufacturer that develops products for many companies around the world.
>
> Our heart still lies within the games console community and we are always active in developing new and innovative products that we ourselves use in our gaming lives. Whereas we have long digressed from trading in areas that have now been made illegal in most countries over the years, our ambition is to continue to produce quality items at an affordable price.

56.     Most of Team Xecuter's products (excluding accessories) were circumvention devices that enabled customers to play pirated ROMs.

57.     Beginning in May 2018, the enterprise began releasing a family of Team Xecuter-branded circumvention devices for use with the Nintendo Switch videogame console.  These devices were designed to run a custom operating system

Affidavit of Special Agent Lynn Henry - 18
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

called the "SX OS."  Together, the hardware device and operating system circumvented the technological measures on the Nintendo Switch and permitted users to, among other things, access and manipulate the copyrighted Nintendo Switch operating system and play pirated ROMs.

58.     Like other Nintendo consoles, Nintendo employs a number of technological measures in its Nintendo Switch consoles, game cartridges, and digitally downloaded games, to protect and control access to its copyrighted works.

59.     For example, each Nintendo Switch contains an encrypted identifier, or "signature," that is checked when the console is powered on.  The firmware or operating system also contains technological measures designed to ensure the operating system is authorized.  The Nintendo Switch will power on normally only if these technological measures are confirmed as authentic.

60.     In addition to the console-based technological measures, when a Nintendo Switch attempts to connect with Nintendo's servers, such as when a user attempts to play online, purchase games, or download updates, Nintendo's servers normally will verify the console's certificate.  Typically, users are able to access Nintendo's online services only if this check is successful.  Nintendo has banned specific user accounts or consoles from Nintendo's network when the authentication measures detected unauthorized use.

61.     The Nintendo Switch also contains technological measures that protect each videogame played on the Nintendo Switch.  These game-based technological measures use encryption and signature checks to ensure that the game is authentic and that the console is authorized to operate the game.

62.     The initial Team Xecuter-branded circumvention device for the Nintendo Switch was called the "SX Pro."  The enterprise created a dedicated website, xecuter.com (**SUBJECT DOMAIN 2**), to promote and sell the device, which it described as "[t]he ultimate solution for jailbreaking your Nintendo Switch":

Affidavit of Special Agent Lynn Henry - 19
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

63.     A Nintendo Switch hacked with the SX Pro and SX OS could play virtually any pirated ROM.  Many, if not all, of Team Xecuter's customers who purchased the SX Pro located pirated ROMs online, transferred unauthorized copies of those ROMs to a memory card, and used the SX Pro and the SX OS to play those ROMS.

64.     The SX Pro kit consisted of the "Xecuter Jig" and the "Xecuter Dongle."  The Xecuter Jig was designed to slide into the rail on the right side of the Switch console so that metal prongs on the jig covered the console pins in the rail. Powering on the Switch with the jig covering the console pins circumvented the console-based technological measures by causing the Switch to short-circuit and go into recovery mode.  This interfered with the normal operation of the Nintendo Switch to interrupt and bypass the Nintendo Switch's sequence of security checks.  The Xecuter Dongle was then used to upload the SX OS onto the Switch console. Subsequently, the SX OS could bypass authentication processes designed to protect both Nintendo's copyrighted material and the integrity of the company's online ecosystem.

65.     To enable the SX OS to play pirated ROMs, a user generally would need to connect the Switch console to the internet to purchase a "license" from Team Xecuter to unlock the full features of the circumvention device.  The SX OS license allowed users to forego purchasing a game cartridge from a retailer or a digital game

Affidavit of Special Agent Lynn Henry - 20
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

from Nintendo's eShop because the full-featured SX OS bypassed the normal operation of technological measures that were designed to limit the use of the console to legitimately purchased games. Among other technological measures, the SX OS circumvented an authentication process that used cryptographic keys to ensure that only authorized games were played on a particular Switch console.

66.     The irony of a hacking group such as Team Xecuter using a licensing scheme to protect its circumvention software from being pirated was not lost on the gaming community. On or about June 28, 2018, the website "Ars Technica" published an article titled, "Pirates Battling Pirates – Switch pirates don't want you to pirate their piracy-enabling firmware." The article indicated that a representative of Team Xecuter defended the use of the licensing scheme as a "harmless cat-and-mouse game between aspiring hackers and competing teams." The Team Xecuter representative further explained that, "[w]e do implement inconveniences to safeguard anti-tampering of our SX OS boot file to remain at a competitive advantage."

67.     The enterprise designed the SX OS to insert itself into the legitimate firmware of the Switch console. In doing so, the SX OS surreptitiously co-opted functions and processes that Nintendo implemented to support legitimate gameplay on the Switch consoles. Notably, the SX OS used, without authorization, and in violation of the Switch console's end user agreement, servers that Nintendo maintained to facilitate internet connectivity and to authenticate the use of genuine Nintendo software. The SX OS was designed to falsely represent to Nintendo's servers that the Nintendo Switch on which it was operating was using a legitimate version of the Nintendo operating system and legitimate Switch videogames. In this manner, the enterprise designed the SX OS to generate criminal proceeds from the fraudulent use of Switch consoles and the Nintendo servers that were dedicated to support legitimate gameplay on those consoles.

68.     On or about July 31, 2018, acting in an undercover capacity, I purchased an "SX Pro Mod Kit" from switchsx.com, which the enterprise identified on

Affidavit of Special Agent Lynn Henry - 21
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE
5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

**SUBJECT DOMAIN 1** as an 'authorized' reseller.[2]  The purchased modchip was shipped from Rockville, Maryland to Mukilteo, Washington.

69.     On or about March 13, 2020, in Seattle, Washington, FBI SA Armando Ramirez III, installed the SX OS utilizing the SX Pro kits that I had previously purchased from different 'authorized' resellers, onto separate Switch consoles. During the installation process, the SX OS prompted him to activate the licenses for the SX OS on each console.  The activation process caused the Switch consoles to connect to servers located in Portland, Oregon that Nintendo maintained to facilitate the internet connectivity of consoles being used for legitimate purposes.  The consoles then connected to reverse proxy servers outside of Washington State that the enterprise used to shield the location of its actual servers.

70.     During the installation of the SX OS and the activation of the licenses on the Switch consoles, the SX OS circumvented technological measures that were designed to protect Nintendo's intellectual property.  Among other things, the consoles connected with, and evaded detection by, servers that Nintendo maintained to authenticate legitimate use of Nintendo hardware and software, and thereby control access to copyrighted material.  This authentication process served multiple purposes, including, but not limited to, fighting piracy and maintaining the integrity of Nintendo's software and its online ecosystem.  In summary, the SX OS improperly accessed Nintendo's servers to activate the SX OS licenses on each console, evaded detection by Nintendo's authentication servers, and -- in the process -- caused multiple interstate wires.

71.     Nintendo undertook various remedial efforts in response to the enterprise's release of the SX Pro and SX OS.  In response to these efforts, Team Xecuter released new devices or updated the enterprise's software to permit further circumvention.

---

[2] I made all the purchases referenced in this affidavit while located in the Western District of Washington.

72.     For example, in or around June 2018, Nintendo released a new version of the Nintendo Switch with updated technological measures to prevent the console from being hacked by the SX Pro and SX OS.  In or around September 2019, Nintendo released a new console, the Nintendo Switch Lite, that was produced with the updated technological measures to, among other things, address circumvention devices such as the SX Pro and SX OS.  On or about December 28, 2019, the enterprise responded by announcing the development of new circumvention devices, posting a video to **SUBJECT DOMAIN 1** showing the SX OS purportedly running on the Nintendo Switch Lite.  Team Xecuter boasted, "We rocked the Switch in 2019 and with the year soon over, here is a little teaser of one of the things to come early 2020! Enjoy!"

73.     In or around April 2020, the enterprise announced they would begin accepting pre-orders for new circumvention devices, called "SX Core" and "SX Lite." The enterprise designed the SX Core to circumvent the technological measures in pre- and post-June 2018 manufactured Nintendo Switch consoles.  The enterprise designed the SX Lite to circumvent the technological protection measures in the Nintendo Switch Lite.  Unlike the SX Pro, these circumvention devices needed to be installed inside the casing of the console.

74.     The enterprise, through **AXIOGAME.COM (SUBJECT DOMAIN 9)**, explained that the SX Core works on all consoles "that currently can't work with external usb dongles."  The enterprise also explained, through **SXFLASHCARD.COM** (**SUBJECT DOMAIN 4**), that the "SX CORE is for hacking Nintendo Switch patched and new Nintendo Switch 2019" and that the SX Lite is "ultra simple and almost plug and play," and that one must only "dismantle the console."

75.     In or around May 2020, the enterprise announced, through **MAXCONSOLE.COM** (**SUBJECT DOMAIN 11**), that they had shipped samples of the SX Core and SX Lite to reviewers.  Shortly thereafter, on or about May 27, 2020, U.S. Customs and Border Protection intercepted and seized a shipment

Affidavit of Special Agent Lynn Henry - 23
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

containing an SX Core and SX Lite destined to a known reviewer and reseller of the enterprise's products.

**E.     The China Distribution Brand**

76.     China Distribution, aka, "China Distrib," was the wholesale entity that the enterprise used to manufacture and distribute its circumvention devices.  The enterprise set up **CHINADISTRIB.COM (SUBJECT DOMAIN 10)** as the dedicated domain for China Distribution.  **SUBJECT DOMAIN 10** provided information primarily to resellers who wished to make wholesale purchases of the enterprise's modchips.  LOUARN played a central role in managing wholesale relationships and responding to customer complaints.

77.     The enterprise periodically circulated digital newsletters describing new products and updates to existing products.  For example, on or about April 3, 2018, the enterprise circulated a newsletter indicating that China Distribution would be taking preorders for Team Xecuter's SX Pro.  The newsletter warned: "Beware of clones/cheap copies.  China Distrib is the only distributor that guarantees that all its products come directly from the manufacturer."  The newsletter also indicated that China Distribution was the "[o]fficial distributor for" the following products:

> N2/Amiiqo
> Stargate-3ds
> Team Xecuter
> Cobra
> Gateway
> Kocasata
> E3
> Maximus
> Progskeet
> Swap Magic
> Wode
> and many more ...

78.     Despite the enterprise's efforts to create the appearance of legitimacy, the leaders of the enterprise were aware of the illegality of the circumvention devices they developed and distributed.  Among other efforts to frustrate enforcement efforts,

Affidavit of Special Agent Lynn Henry - 24
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

the enterprise concealed the nature of the circumvention devices that it shipped to various countries, including to the United States.  On customs declaration forms for shipments, the enterprise would regularly use false merchandise descriptions, tariff classifications, and value descriptions to evade detection.  For example, on or about June 15, 2018, LOUARN sent an email to CHEN regarding the shipment of 1,000 units of the SX Pros to a reseller based in Cyprus.  LOUARN indicated that CHEN should declare a shipment of the devices as "memory card adaptor" at a "value of $0.20 each."

**F.      Axiogame.com and Other Resellers**

79.     The enterprise also sold its circumvention devices directly to individual consumers through its own online platforms.

80.     For example, LOUARN and CHEN sold modchips through at least one online marketplace, including **AXIOGAME.COM (SUBJECT DOMAIN 9)**.  This website sold modchips developed by the enterprise in addition to a variety of gaming accessories.  The "About us" section of the website explained:

> Axiogame.com is your dedicated electronic shop since 2001, delivering to world with free shipping all your favorite videogame and electronic products.  We offer fast shipment, strong customer support available 6 days a week by mail and the best prices in the industry.
>
> Payments are secure and all major credit/debit cards are accepted. If you have any question, please feel free to contact us, we will make sure to answer you with as much details as possible and we look forward to add you as another satisfied customer.
>
> Axiogame.com is operated by:
> Mr. Chen

81.     In addition to operating the website of at least one reseller, LOUARN expanded the reach of the enterprise by establishing wholesale distribution chains to other resellers.  The enterprise identified and promoted its authorized resellers on websites they controlled, such as **MAXCONSOLE.COM (SUBJECT DOMAIN 11)**

Affidavit of Special Agent Lynn Henry - 25
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

and **TEAM-XECUTER.COM** (**SUBJECT DOMAIN 1**), in addition to dedicated marketing pages that the enterprise created for its main products.

**G.     Examples of Other Circumvention Devices Trafficked by the Enterprise**

82.     The enterprise utilized different brands and product names to silo its operations in an effort to insulate the overall enterprise from anti-piracy efforts.

**1.     Gateway 3DS**

83.     On or about June 2013, the enterprise began marketing and distributing a circumvention device called the "Gateway 3DS" that was designed to allow purchasers to play pirated ROMs on the Nintendo 3DS.

84.     Nintendo employs a number of technological measures in its Nintendo 3DS consoles and Nintendo 3DS game cards to protect and control access to its copyrighted videogames.  Specifically, the technological measures used by Nintendo to control protected works include: (1) the unique design of Nintendo 3DS game cards, including their size, shape, and electrical connection which are unlike those of standard commercially available memory cards; (2) boot up security checks performed by software in the console's internal memory and on the game cards; and (3) encryption and scrambling of commands and data exchanged between the console and game cards. Unless these technological measures are satisfied, the Nintendo 3DS will not run any software from the inserted game card.

85.     The Gateway 3DS circumvented these technological measures in multiple ways.  The Gateway 3DS was designed to resemble the normal game card for the Nintendo 3DS, with its unique size, shape, and electrical connection. However, unlike a legitimate cartridge, the Gateway 3DS contained a slot in which a Micro SD card could be inserted.  This allowed the user to upload numerous ROMs onto a Micro SD card so that they could be played on the Nintendo 3DS through the Gateway 3DS circumvention device.  Furthermore, the Gateway 3DS contained software that circumvented the security checks and encryption imposed by Nintendo's technological measures, allowing the user to play pirated videogame titles.

Affidavit of Special Agent Lynn Henry - 26
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

86.     The enterprise advertised the device on a dedicated website, gateway3ds.info, as "THE PREMIER FLASH CARD FOR THE 3DS! . . . *SUPPORTS ALL 3DS ROMS TO DATE."  The "Products" page of the website contained the following advertisement:



The website contained links to user manuals in English and five other languages that provided detailed instructions on, *inter alia*, how to install the Gateway's firmware on the Nintendo 3DS and how to play pirated ROMs.  Notably, the manual indicated that customers with problems should post any questions in a Gateway support forum hosted by the enterprise on **MAXCONSOLE.COM (SUBJECT DOMAIN 11)**.

87.     On or about April 30, 2019, acting in an undercover capacity, I purchased a Gateway circumvention device for approximately $48.90 from an "authorized" reseller listed on the product's dedicated webpage, gateway3ds.info. The circumvention device was shipped from China to Renton, Washington with a product description of "video game accessory" and a declared value of $28.00.

**2.     Stargate**

88.     In approximately August 2017, the enterprise improved upon the Gateway 3DS and launched a new device to play pirated ROMs on the Nintendo 3DS

called the "Stargate."  The Stargate was designed to address some of the flaws of the Gateway 3DS.

89.     The Stargate circumvented the Nintendo 3DS's technological measures in many of the same ways as the Gateway 3DS.  For example, like the Gateway 3DS, the Stargate resembled a legitimate game card except that it contained a slot in which a Micro SD card could be inserted to allow the user to play pirated ROMs from the Micro SD card.  The Stargate also contained software that circumvented the security checks and encryption put in place by the Nintendo 3DS's technological measures.

90.     Consistent with its promotion of the Gateway device, the enterprise maintained a dedicated website, stargate-3ds.com, to market and support the Stargate. The website advertised the Stargate as follows:



91.     On or about May 7, 2019, acting in an undercover capacity, I purchased a Stargate circumvention device for approximately $96.80 from an "authorized" reseller listed on the product's website, stargate-3ds.com.  Prior to submitting payment and receiving the shipment, I exchanged multiple emails with the seller of the device regarding the purchase.  For example, on or about May 6, 2019, the seller of the device sent me an email identifying a payment account that was to be used to finalize the purchase.  The seller also requested that I conceal the nature of the

Affidavit of Special Agent Lynn Henry - 28
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

transaction from the payment processor: "here is our . . . account, send money there and leave [a] message on the order id (or order reference, please don't write anything about flashcard or our brand because of piracy), then send me the screenshot, thanks much."  The purchased modchip was shipped from a fulfillment center in Azusa, California.

### 3.  TrueBlue Mini

92.  The enterprise offered a device named the TrueBlue Mini that contained hundreds of pirated ROMs that could be played on Sony's PlayStation Classic console.

93.  Sony released the PlayStation Classic console in 2018.  This console was designed to invoke the appearance of the vintage versions of the PlayStation.  However, unlike the vintage versions, the PlayStation Classic came pre-installed with legitimate versions of the vintage videogames.

94.  The TrueBlue Mini was a USB drive that could be plugged into the PlayStation classic to allow the user to play ROMs stored on the TrueBlue Mini.  It thereby circumvented the technological measures that limited the PlayStation Classic to the pre-installed videogames.

95.  On or about October 29, 2019, China Distribution circulated a newsletter announcing that the enterprise would be selling five different versions of the TrueBlue Mini that would come with different selections of pirated ROMs:

> True Blue mini (for PSX Classic) is now available in 5 packs!  Yes, they just added a new mega pack (200 games) called 'Overdose' which is shipping as we speak.  For those who don't know, True Blue mini is a custom thumb drive (memory stick) that is plug and play and adds hundreds of games to your PSX classic.  Nothing to do, just plug & play and enjoy all the Playstation classics on your mini console. . . We cn [sic] believe with this new mega pack we might break record sales (and in fact this is the highest production batch they made[).]

96.  The same newsletter announced that China Distribution was preparing to distribute a version of the TrueBlue Mini for the SEGA Mega Drive Mini console that would include 1,000 pirated ROMs of Sega Games:

Affidavit of Special Agent Lynn Henry - 29
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

Talking about True Blue Mini, we can't take preorders yet as we don't have [the] final price (but retail should be around $25), but a True Blue Mini for Sega Mega Drive Mini is in the works, and because of smaller game size, the pack will include 1000 original Sega Games!!! Basically with this cheap accessory, your MegaDrive Mini will hold the full collection of all Sega games. Check on China Distrib for availability, it will be w[i]thin a few weeks.

97.     As with other products developed by the enterprise, the TrueBlue Mini was marketed through a dedicated website, **TRUEBLUEMINI.COM** (**SUBJECT DOMAIN 6**).  **SUBJECT DOMAIN 6** provided links to a worldwide network of modchip marketplaces from which the TrueBlue Mini could be purchased. **SUBJECT DOMAIN 6** contained the following image of the TrueBlue Mini:



98.     On or about April 25, 2020, acting in an undercover capacity, I purchased a TrueBlue Mini Overdose Pack circumvention device for $39.09 from **PLOYLAB.COM** (**SUBJECT DOMAIN 7**), an "authorized" reseller listed on **SUBJECT DOMAIN 6.**  Prior to receiving the shipment, I exchanged multiple emails regarding the purchase.  The circumvention device was shipped from China to Seattle, Washington.

4.      **Classic2Magic**

99.      In approximately August 2018, the enterprise released a device called the "Classic2Magic," or "C2M," that was designed to circumvent technological measures employed by Nintendo and to otherwise facilitate the playing of pirated ROMs on Nintendo's Super Nintendo Entertainment System ("SNES") Classic Edition.

100.      Nintendo released the SNES Classic Edition in 2017.  Although this console was designed to invoke the appearance of the vintage versions of the SNES, it was different in several respects.  It was smaller than the vintage versions, such that the proprietary shape of the vintage videogame cartridges could not fit. Consequently, the new console came pre-installed with legitimate versions of the vintage videogame titles.

101.      Although the Classic2Magic purported to be an adapter that allowed the user to play original versions of videogame cartridges on the newly released consoles, it was also marketed to support the creation and use of pirated ROMs.

102.      First, the Classic2Magic allowed users to make unauthorized copies of the original videogame cartridge and to save those versions onto a USB drive.  As with other videogames for other Nintendo consoles, the videogame cartridges for the original SNES had a unique design, including their size, shape, and electrical connection, which are unlike those of standard commercially available memory devices.  This technological measure was designed to limit the use of the console to authorized copies of videogame cartridges.  The Classic2Magic was designed to circumvent this technological measure by allowing users to impermissibly duplicate copyrighted material.

103.      Second, the Classic2Magic contained a USB port that allowed the user to play ROMs that had been downloaded onto a USB device, thereby circumventing the technological measures that limited the console to operating only the pre-installed videogames.  **AXIOGAME.COM** (**SUBJECT DOMAIN 9)** advertised that using

Affidavit of Special Agent Lynn Henry - 31
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

the Classic2Magic was "[a]s easy as copying a file onto a usb drive" and that the device supported "game ROMs from any region."

104.    In addition to selling the Classic2Magic on a variety of online marketplaces, the enterprise advertised the circumvention device on **CLASSIC2MAGIC.COM** (**SUBJECT DOMAIN 8**).  The website had the following picture of the device, connected to a Nintendo console:



105.   **SUBJECT DOMAIN 8** indicated that "Game ROMs for other systems are supported via extra emulators," including the following:

> Arcade Games, Atari 2600, Atari 7800, Atari Lynx, Bandai WonderSwan, Bandai WonderSwan Color, Game Boy, Game Boy Color, Game Boy Advance, Nintendo 64, Nintendo Entertainment System (NES), Super Nintendo, Nintendo Virtual Boy, Intellivision, Sega Master System, Sega Game Gear, Sega Megadrive / Genesis, Sega 32X, Neo Geo Pocket, Neo Geo Pocket Color, PCEngine TurboGrafx, PCEngine SuperGrafx Vectrex.

106.   The enterprise supported the creation of ROM libraries that would support the Classic2Magic and other circumvention devices.  For example, on or about October 15, 2018, BOWSER sent an email explaining that the enterprise's support of the translation of pirated ROMs from the Japanese market was important because "these roms will help increase the market of 'c2m', plus also for [the] next upcoming retro product 700in1 which is now in the [final] . . . stage of hardware [development], as a lot of classic gamers wish to play japan roms in north/south America . . ."  Indeed, **SUBJECT DOMAIN 8** provided a link to a website "to access all Game ROMs (full games) for all systems supported, cheat codes."  The link led to **MAXCONSOLE.COM (SUBJECT DOMAIN 11)**.

107.   To help launch the Classic2Magic, the enterprise sent review models to generate favorable coverage and to promote the device's legitimacy.  On or about September 1, 2018, BOWSER sent an email explaining that:

> since this product is both legit and grey area, we [are] hoping this extra advance push with videos of people talking and demo'ing its great range of users, it will help to get more resellers onboard and news coverage on big sites like engadget and ign, and papwork for selling it via Amazon also is ongoing…

108.   In approximately December 2019, the enterprise announced on **SUBJECT DOMAIN 11** that the Classic2Magic had a new feature that would allow users to connect it to the Nintendo Switch.  The announcement explained:

> Yes, you can now play your original SNES cartridges directly on your Nintendo Switch with Classic 2 Magic! . . . . The only requirement is

Affidavit of Special Agent Lynn Henry - 33
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

that your Nintendo Switch has Team Xecuter's SX OS installed (for USB-support)…  Hours of retro gaming for your Nintendo Switch and the ultimate wow effect for your geeky friends!

109.    On or about February 27, 2020, acting in an undercover capacity, I purchased 15 Classic2Magic devices for $610.23 from **CHINADISTRIB.COM** (**SUBJECT DOMAIN 10**), the wholesale domain for the enterprise's products.  Prior to receiving the shipment, I exchanged emails with the account sales[@]chinadistrib.com, regarding the order.  The circumvention devices were shipped from China to Bellingham, Washington with a product description of duty-free "USB Adaptor" and a declared value of $75.00.

## H.    THE TEAM XECUTER MONEY LAUNDERING CONSPIRACY

110.    As explained throughout this affidavit, the criminal enterprise used a variety of websites and brand names to facilitate the distribution of circumvention devices, ranging from its separate product promotion websites, to its general websites **TEAM-XECUTER.COM** (**SUBJECT DOMAIN 1**) and **MAXCONSOLE.COM** (**SUBJECT DOMAIN 11**), to its large network of authorized resellers.  The enterprise -- and its many parts -- are designed to generate proceeds through the sale of illegal circumvention devices and to launder these proceeds through various entities and accounts.

111.    If the enterprise were a legitimate business, it would have been far more efficient for the enterprise to operate under a single brand with a unified distribution channel and payment system.  However, Team Xecuter was far from a legitimate business and chose to fragment its business to evade detection and regulation by private industry and law enforcement.  In doing so, each element of the Team Xecuter enterprise -- particularly each of the **SUBJECT DOMAINS** -- was designed to facilitate the receipt and subsequent laundering of proceeds.

### 1.    Specified Unlawful Activities

112.    The enterprise committed multiple offenses that constitute predicate "specified unlawful activities" for money laundering.

Affidavit of Special Agent Lynn Henry - 34
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

113.   **First**, Team Xecuter is engaged in a wire fraud scheme and a wire fraud conspiracy.  For example, the SX line of devices are designed to defraud Nintendo and copyright holders of the revenue they are entitled to receive from the use of Nintendo's copyrighted firmware and from the playing of copyrighted games.  The use of these SX line of devices requires numerous interstate communications.  Among other things, the SX licensing process requires (1) electronic communications to Nintendo's connection test servers to begin the license activation process; (2) electronic communications to servers that Team Xecuter uses to activate the SX OS licenses; and (3) electronic communications designed to defeat and circumvent Nintendo's hardware and software authentication processes.

114.   **Second**, Team Xecuter was involved in large-scale copyright infringement.  Not only did the enterprise's devices facilitate the playing of pirated ROMs, the enterprise also gave its customers access to vast ROM libraries.

### 2.    Example of Concealment Techniques

115.   The criminal enterprise generated a large amount of proceeds that had to be received from customers and transferred to accounts under the control of the enterprise in a manner that did not garner the attention of financial institutions, payment processors, and law enforcement.  The enterprise then further concealed the illicit nature of the proceeds when it laundered the funds.

116.   The enterprise designed and implemented measures to receive proceeds in a manner that concealed the illegal nature of the underlying transactions.  Team Xecuter was not subtle about giving its customers instructions on how to conceal the purchase of illegal circumvention devices.  For example, on the enterprise's website for China Distribution (**SUBJECT DOMAIN 10**), the enterprise instructed purchasers of the Classic2Magic device to indicate on their bank transfer payments that the payment was made "as friends," and to "NOT use the words 'order,' 'company,' 'invoice,' and product name etc.":



In this manner, the enterprise sought to disguise the transfers as non-commercial transactions and thereby avoid drawing attention to the illegal sales.

117.    In addition, the enterprise regularly used websites and accounts to receive and transfer proceeds that were given names designed to disguise the illegal nature of the transactions.  In an email sent on or about February 25, 2015, from the account julienambroise[@]gmail.com, LOUARN inquired whether a designer could use what he called the "Jump Technique" to receive proceeds from the sale of hacking devices.  According to LOUARN, the enterprise could use this technique to redirect customers who attempted to purchase circumvention devices from **SUBJECT DOMAIN 9 (AXIOGAME.COM)** to the payment system for a fake website that

Affidavit of Special Agent Lynn Henry - 36
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

purported to sell products that were not related to videogame piracy.  By doing so, the enterprise could conceal from PayPal the connection between the transaction and the sale of illegal products.

118.   As discussed below, the "Jump Technique" was used by the enterprise's retailers.  For example, on or about May 15, 2019, acting in an undercover capacity, I purchased a Classic2Magic device from LOUARN's website **AXIOGAME.COM** (**SUBJECT DOMAIN 9**).  The undercover PayPal records revealed that the payment for the purchase was received by a PayPal account that was designed to appear as a personal PayPal account rather than a business account.  Although the name of the PayPal account had no apparent link to **SUBJECT DOMAIN 9** or any other business, the account received a substantial amount of business-related deposits.  From approximately January 9, 2019, to December 31, 2019, this PayPal account received approximately $229,439.71 net USD, including the money used to make the undercover purchase.  Subsequently, the enterprise transferred these proceeds to other accounts presumed to be under the control of the criminal enterprise.

### 3.    PayPal Account Analysis

119.   Due to the enterprise's efforts to conceal the accounts it used to receive and launder proceeds, it has been challenging to identify accounts used by the enterprise and to obtain records for those accounts.  Nevertheless, even a cursory analysis of certain PayPal accounts used by CHEN, BOWSER, and LOUARN, show that the members of the enterprise conspired to receive and launder proceeds in furtherance of the criminal scheme.

120.   BOWSER is the registered user of a PayPal account with the business name Oasis Pensive Abacutors.  On information and belief, this business name corresponds to BOWSER's moniker "GaryOPA," which repeatedly appears on **MAXCONSOLE.COM** (**SUBJECT DOMAIN 11**).

a.    PayPal records show that, from approximately June 29, 2015, to May 8, 2019, this account received approximately 439 payments that totaled

Affidavit of Special Agent Lynn Henry - 37
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

approximately $93,540.66 in net U.S. dollars.  Over 12% (approximately $11,567.74 in nine transactions) were from "Chen Yuanning" (CHEN), and one payment of approximately $1,441.20 was from a PayPal account that is associated with **SUBJECT DOMAIN 9** and is registered with the email address lebing520[@]gmail.com.

      b.     BOWSER's business PayPal account sent approximately $470.81 (in approximately 26 transactions) to Namecheap, Inc., a domain name registrar, to presumably pay fees for registration and leasing of domain names, and sent approximately $26,847.12 USD to the PayPal account registered with the email address info[@]maxconsole.com.

121.    PayPal records show that BOWSER was the registered user of the personal PayPal account registered with the email address info[@]maxconsole.com.

      c.     PayPal records revealed that from approximately August 5, 2017, through August 19, 2019, the account received approximately 451 payments that totaled approximately $98,319.80 in net U.S. dollars.  Over 27% ($26,610.67 in 73 transactions) were from Bowser's business PayPal account in the name Oasis Pensive Abacutors, and four payments totaling approximately $765.06 were from PayPal accounts associated with **SUBJECT DOMAINS 3** and **4**.

      d.     BOWSER's personal PayPal account sent approximately $253.38 (in 12 transactions) to Namecheap, Inc. including three payments described as:

            i.  "Free WhoisGuard Domain Registration (**team-xecuter.rocks**)[3] Free WhoisGuard";

            ii.  "Domain Registration (**xecuter.rocks**)[4] Free WhoisGuard"; and,

            iii.  "Domain Registration (rom-bank.com)".

---

[3] SUBJECT DOMAIN 1.
[4] SUBJECT DOMAIN 2.

Affidavit of Special Agent Lynn Henry - 38
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

e.      BOWSER's personal PayPal account sent approximately $94,784.39 (264 transactions) net USD to Banco Popular Dominicano.  A public records search indicates that Banco Popular Dominicano is a financial institution in the Dominican Republic—where BOWSER resided.

f.      BOWSER's personal PayPal account also sent approximately $163.00 (three transactions) to a PayPal account associated with **SUBJECT DOMAIN 3**.  The notes associated with the payments read: "True blue," "Shipping and ps classic packs for review," and "For Allen. -It's Gary – Thanks very much! :)."

122.   PayPal records show that Yuanning CHEN was the registered user of the PayPal account registered with the email address Chinadistrib[@]outlook.com.

a.      PayPal records revealed that from July 21, 2015, through January 29, 2019, the account received approximately 584 payments that totaled approximately $356,824.25 in net U.S. dollars.

b.      CHEN's PayPal account sent approximately $18,685.99 USD payments (51 transactions), including approximately $12,040.00 USD (nine transactions[5]) to BOWSER's business PayPal account in the name Oasis Pensive Abacutors, and one payment of approximately $1,280.75 USD to Markus Kunkel, a web designer associated with the development of **SUBJECT DOMAINS 6**, **8**, **9**, **10**, and **11** among others.

c.      CHEN's PayPal account had 10 withdrawals totaling approximately $233,153.64 USD that were deposited into two bank accounts:

i.  Approximately $123,223.64 net USD (eight transactions) was wired into China Merchants Bank account ending in 3531; and,

ii.  Approximately $109,930.00 net USD (two transactions) was withdrawn to Community Federal Savings Bank account ending in 1092.

---

[5] The total amount BOWSER received from CHEN was less PayPal's fees, or $11,567.74.

Affidavit of Special Agent Lynn Henry - 39
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

d.  CHEN's PayPal account had three HongKong dollar ("HKD") withdrawals totaling approximately $327,532.03 net HKD to China Merchants Bank, Hong Kong account ending in 0566.

I.    **The Subject Domain Names**

123.    The **SUBJECT DOMAINS** were all part of the same enterprise but were used for different purposes to facilitate the distribution and sale of the circumvention devices and pirated videogame titles.

124.    All of the **SUBJECT DOMAINS** were an integral part of the trafficking of circumvention devices that infringed upon copyrighted work. **SUBJECT DOMAINS 1**, **2**, **6**, **8**,  and **11**, among others, were utilized to advertise the circumvention devices and provide links to the reseller websites where the devices could be purchased, such as **SUBJECT DOMAINS 3**, **4**, **5**, **7**, and **9**.  The enterprise also maintained **SUBJECT DOMAIN 10**, a wholesale website that touted itself as the "official distributor" for Team Xecuter products and where resellers could purchase circumvention devices in bulk quantities for a lower per-unit price.  The enterprise also provided access to online ROM libraries for their customers, such as rom-bank.com[6], among others.

125.    The **SUBJECT DOMAINS** promoted and facilitated the sale of circumvention devices to facilitate massive copyright infringement.  Frequently, the **SUBJECT DOMAINS** provided links to ROM libraries or directly provided ROMs to customers.

126.    As discussed below, the enterprise sold products that came preloaded with ROMs or otherwise made ROMs available for purchase.  The ROMs made available by the enterprise were copyrighted, original works owned by the videogame manufacturers.  The enterprise was not authorized to reproduce or distribute the copyrighted videogames.  The reproduction and distribution of the ROMs to the

---

[6] The "rom-bank.com" domain was no longer on the ICANN registry at the time of writing this Affidavit, nor did it have any associated computer IP address.  Without "rom-bank.com" being serviced by a computer with an assigned IP address and not being recognized by any top-level domain, there is no domain to seize.

1   enterprise's customers, particularly to generate interest in and boost sales of its
2   circumvention devices, was undertaken knowing that such conduct was unauthorized
3   and unlawful.

4       127.    To make their products look legitimate, and to invoke the products'
5   connections to legitimate products, the enterprise used spurious marks on its
6   packaging, labeling, and websites.  Based on my training and experience, I recognized
7   that the SX line of devices sold, advertised and/or promoted on the **SUBJECT**
8   **DOMAINS** bore trademarks currently in use and registered on the principal register
9   with the United States Patent and Trademark Office ("USPTO") for use in connection
10   with cartridges, memory cards, computer game software, and videogame accessories,
11   among other goods and services.  One of those trademarks was registered mark
12   5,352,230, for the distinctive design of the Nintendo Switch joy con controllers,
13   which is generally two rectangular shapes that are completely or partially shaded,
14   each rectangular shape having one or more curved edges, along with two (not
15   concentric) plain single line circles that are totally or partially shaded.  Because of the
16   similarity of the counterfeit marks to the genuine marks, the use of the counterfeit
17   marks intended to associate the SX line of circumvention devices with Nintendo and
18   the Nintendo Switch console.

19       128.    I also recognized that the Classic2Magic sold, advertised, and/or
20   promoted on certain **SUBJECT DOMAINS** bore trademarks identical to trademarks
21   currently in use and registered on the principal register with the USPTO for use in
22   connection with electronic game programs, software, and videogame apparatus,
23   among other goods and services. One of those trademarks was registered mark
24   5,443,367, for the generally rectangular shape with rounded ends, with the left side of
25   the shape featuring a cross outlined in a circle, the center of the shape featuring two
26   small rounded rectangles, and the right side of the shape featuring two diagonally
27   positioned, rounded rectangles and two circles within each rectangle.  Because of the
28   similarity of the counterfeit marks to the genuine marks, the use of the counterfeit

Affidavit of Special Agent Lynn Henry - 41
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

marks intended to associate the Classic2Magic circumvention device with Nintendo and the Nintendo SNES console.

### 1.    TEAM-XECUTER.COM (SUBJECT DOMAIN 1)

129.    The enterprise created a website for the Team Xecuter brand, **TEAM-XECUTER.COM (SUBJECT DOMAIN 1)**, that -- to a certain degree -- attempted to portray Team Xecuter as a legitimate company.  The "About Us" page of the website described the company as a long-standing company that had evolved into a "large electronics manufacturer" that "embrace[d] honesty and integrity":



130.    The enterprise used **SUBJECT DOMAIN 1** to market each of the Team Xecuter-branded products.  **SUBJECT DOMAIN 1** contained regular announcements about the release of new products and updates to existing products. For example, on or about June 9, 2020, the enterprise announced that Team Xecuter had started to ship the SX Core device, which was designed to circumvent

1  technological measures in a new version of the Nintendo Switch, and would soon ship

2  the SX Lite device, which was designed to circumvent technological measures in the

3  Nintendo Lite.  As an indication of how widely the circumvention devices would be

4  distributed, the enterprise added product manuals "in 30+ languages for easier

5  understanding":



26  131.  In addition, the enterprise used **SUBJECT DOMAIN 1** to disseminate

27  information to its customers regarding the installation and use of the circumvention

28  devices.  For example, on or about July 1, 2020, the enterprise posted the following

image explaining why certain users were finding their Switch consoles "stuck" at

Affidavit of Special Agent Lynn Henry - 43
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE
5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Nintendo's trademarked logo after they had installed the SX Core circumvention
2  device:



25  132.   As noted in the above post, the enterprise used **SUBJECT DOMAIN 1**
26  to host support forums for its various products.  **SUBJECT DOMAIN 1** offered the
27  following support forums specifically for the SX line of circumvention devices:

Affidavit of Special Agent Lynn Henry - 44
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE
5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



26 These forums were quite active and provided the enterprise a centralized way to

27 inform their customers about how to hack game consoles utilizing the enterprise's

28 products.  For example, the "SX PRO PRODUCT SUPPORT" forum alone had

approximately 1,700 separate topics containing approximately 7,800 messages.

Affidavit of Special Agent Lynn Henry - 45
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

133.   **SUBJECT DOMAIN 1** also contained a number of forums for its circumvention devices for the Microsoft Xbox, including the following:



Some of these forums are almost a decade old and contain numerous messages about use of the circumvention devices.  The "NOOB ROOM" alone had approximately 30,000 topics and approximately 190,800 messages.

Affidavit of Special Agent Lynn Henry - 46
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

134.    As indicated in the following screenshot, the enterprise also used the forums to direct less advanced users to others who could help with the installation of the circumvention devices:



135.    Thus, those forums provided a location for users to discuss installation and use difficulties and receive technical support.  In other words, the forums allowed the enterprise to facilitate continued use of the circumvention devices, even for those circumvention devices that were no longer being manufactured.

136.    Many of the announcements on **SUBJECT DOMAIN 1** promoted updates and new features that were being added to the SX OS firmware used in conjunction with SX line of circumvention devices.  For example, on or about December 13, 2018, the enterprise announced that it would be releasing version 2.4 of the SX OS.  The enterprise explained that it was "working around the clock" on the release and explained that "we are here to keep supporting your purchase till end of life."  The enterprise explained that the release process was made more difficult because of updates Nintendo made to the Switch's firmware:

//

//

//

Affidavit of Special Agent Lynn Henry - 47
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18



19
20 The announcement contained a screenshot of the SX OS in operation, and misusing
21 USPTO registered trademark 5,352,230.  The announcement went onto explain that
22 Team Xecuter would continue to work until it had "liberated every single console out
23 there":
24
25 That's all we have for now, people. That doesn't mean we're done. Its not over until we have liberated every single console out there. A lot of our current attention is focused on bringing you a solution for these "unhackable" switches. That does not mean we're not improving SX OS as well. Keep those feature requests and bug reports coming!
26
27    137.   On or about December 15, 2018, the enterprise announced the release of
28 the SX Installer for use with the SX OS:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



26  As indicated in the announcement, the SX Installer gave users the ability to import

27  "NSPs."  An NSP file is a common format for files that contain a pirated ROM along

28  with related game files.  The SX Installer also enabled a circumvention device to play

pirated ROMs of games designed for other videogame consoles.  For example, the

Affidavit of Special Agent Lynn Henry - 49
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  screenshot contained in the announcement indicated the SX Installer and the SX Pro

2  could be used to play ROMs for the Super Nintendo, the Atari Jaguar, the PS One,

3  and the NES Classic Edition.  In effect, this feature (1) circumvented the

4  technological measures on the Nintendo Switch; (2) enabled and promoted copyright

5  infringement from the playing of pirated versions of games designed for the Nintendo

6  Switch; and (3) added an additional layer of piracy by enabling and promoting

7  copyright infringement from the playing of pirated versions of games designed for

8  other consoles.

9      138.    On or about November 2, 2019, the enterprise introduced the SX

10  Autoloader which facilitated the use of "vast" collections of pirated or illegally copied

11  games:

12

13

14  //

15

16

17  //

18

19

20  //

21

22

23  //

24

25

26  //

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20



21  To accommodate the large size of such collections, the SX Autoloader added the

22  ability to connect an external hard drive which would have more storage space than

23  the micro SD card typically used with the SX Pro.

24      139.   On or about June 4, 2020, the enterprise announced on **SUBJECT**

25  **DOMAIN 1** that it would be releasing a major update to the SX OS:

26

27  //

28

Affidavit of Special Agent Lynn Henry - 51
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27



28  The announcement contained a screenshot showing the SX OS being used to play a variety of copyrighted videogames.

Affidavit of Special Agent Lynn Henry - 52
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

140.   On or about July 28, 2020, the enterprise announced the release of a new feature called the SX Save Manager that was designed to allow users to bypass the legitimate way to save game data:



Like other announcements, this announcement contained a screenshot of the SX OS being used to play pirated games.

141.   Although the enterprise used **SUBJECT DOMAIN 1** to advertise its products, it deliberately chose not to sell those products directly from **SUBJECT**

**DOMAIN 1**.  Instead, **SUBJECT DOMAIN 1** had a dedicated page that contained an extensive list of "authorized" resellers of Team Xecuter-branded products.  The following screenshot shows a portion of the reseller list, including four resellers that ship to the United States:



Affidavit of Special Agent Lynn Henry - 54
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

Based on my training and experience, I believe that the enterprise did not directly sell its piracy devices on websites, such as **SUBJECT DOMAINS 1, 2, 6, 8** and **11**, in an effort to decrease the chance that those websites would be subject to enforcement efforts. By doing so, the enterprise could maintain these websites as dedicated marketing and advertising resources for its customers.

142.    Ironically, the enterprise included numerous copyright notices on **SUBJECT DOMAIN 1**, possibly to claim copyright protection or to create the appearance that the enterprise was a legitimate business. For example, the main page including the following notice:

© 2002-2020 Team Xecuter. All Rights Reserved.

A query of the United States Copyright Office's copyright catalogue on October 5, 2021, showed that Team Xecuter has not registered any copyrights. As highlighted below, the enterprise claimed copyright protection on a number of the **SUBJECT DOMAINS**. The enterprise's use of the © symbol is just one more piece of evidence showing that members of the enterprise were aware that copyright protections existed for the creative works that were targeted by the enterprise's devices.

143.    A search of publicly available WHOIS domain name registration records revealed that **SUBJECT DOMAIN 1** was registered on or about June 10, 2003, through the registrar, NameCheap, Inc. dba Namecheap.com, which has its headquarters in Phoenix, Arizona, USA. The publicly available WHOIS information lists the registrant of **SUBJECT DOMAIN 1** as "Withheld for Privacy Purposes" of Withheld for Privacy. Withheld for Privacy is an entity based out of Iceland that allows website owners to keep their contact details private during the domain name registration.

144.    Publicly available WHOIS records also revealed that **SUBJECT DOMAIN 1** is serviced by a computer assigned IP address 172.67.176.140, which is owned by Cloudflare, Inc., located in San Francisco, California, USA. Cloudflare,

Inc. is not a hosting provider, but rather is a company that offers various network services including reverse proxy and pass-through security.

145.    The top-level domain for **SUBJECT DOMAIN 1** is VeriSign, Inc., a U.S.-based company which is the designated registry operator/manager for the ".com" top-level domains.

146.    Although **SUBJECT DOMAIN 1** is no longer active, a seizure of this domain name will prevent it from being used in the future and will redirect customers to a warning banner that will advise them about the illegality of circumvention devices and software piracy.

## 2.    XECUTER.COM (SUBJECT DOMAIN 2)

147.    The enterprise set up a dedicated marketing website for the SX line of circumvention devices.  Prior versions of the website were the subject of DMCA takedown actions by Nintendo.  The current version is located at Sx.Xecuter.com[7] (**SUBJECT DOMAIN 2**).

148.    **SUBJECT DOMAIN 2** described the SX line of devices as "[t]he ultimate solution for jailbreaking your Nintendo Switch":



---

[7] The website sx.xecuter.com is a canonical name under the xecuter.com (**SUBJECT DOMAIN 2**) domain name.

1      149.   **SUBJECT DOMAIN 2** had separate sections describing the SX Pro,

2 the SX Core, and the SX Lite, each of which used the SX OS:





Affidavit of Special Agent Lynn Henry - 57
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970



150.   Although the enterprise used **SUBJECT DOMAIN 2** to advertise its products, it deliberately chose not to sell those products directly from **SUBJECT DOMAIN 2**. Instead, **SUBJECT DOMAIN 2** had a link to the list of "TX resellers," which in turn directed customers to the authorized reseller list on **SUBJECT DOMAIN 1**:

151.   **SUBJECT DOMAIN 2** also contained links to the product manuals for the SX line of devices, and the SX OS.  As indicated in the screenshot below, the enterprise offered manuals in a wide variety of languages:

Affidavit of Special Agent Lynn Henry - 58
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE
5200
SEATTLE, WASHINGTON 98101
(206) 553-7970



152.    The manual for the SX OS described features of the SX OS.  Notably, the enterprise put its central emphasis on the SX OS's ability to exploit all versions of the Nintendo Switch firmware to play pirated or unauthorized versions of videogames.  As noted in the following excerpt, the SX OS allowed for the playing of an entire collection of games from a micro SD card or an external storage device:

Affidavit of Special Agent Lynn Henry - 59
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970



153.    Like the SX OS itself, the manual for the SX OS contains screenshots of the SX OS in operation and misuses USPTO registered trademark 5,352,230:



154.    The manual also described a feature called EmuNAND that allowed the SX OS to disguise illegal use of the Switch console as legitimate gameplay in an effort to evade detection by Nintendo's servers:

Affidavit of Special Agent Lynn Henry - 60
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970





The enterprise needed features such as the EmuNAND to deceive Nintendo's authentication servers, and thereby avoid Nintendo "bricking" or banning consoles that used the SX line of products.  In this fashion, **SUBJECT DOMAIN 2**, and each **SUBJECT DOMAIN** that advertised or sold any one of the SX line of products, was aimed at generating proceeds from the Team Xecuter wire fraud scheme that defrauded the victim companies of the revenue they were entitled to receive from the playing of the pirated videogames.

155.     **SUBJECT DOMAIN 2** also had a page from which users could activate their licenses for the SX OS in order to enable the ability to play pirated videogames:

Affidavit of Special Agent Lynn Henry - 61
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

156.    Like **SUBJECT DOMAIN 1**, **SUBJECT DOMAIN 2** contained the following copyright notice:

© 2018-2020 Team Xecuter. All Rights Reserved.

157.    A search of publicly available WHOIS domain name registration records revealed that **SUBJECT DOMAIN 2** was registered on or about July 15, 2002, through the registrar, NameCheap, Inc. dba Namecheap.com, which has its headquarters in Phoenix, Arizona, USA.  Similar to **SUBJECT DOMAIN 1**, the publicly available WHOIS information lists the registrant of **SUBJECT DOMAIN 2** as "Withheld for Privacy Purposes" by the company Withheld for Privacy.

158.    Publicly available WHOIS records also revealed that **SUBJECT DOMAIN 2** is serviced by a computer assigned IP address 104.21.53.48, which is owned by Cloudflare, Inc., located in San Francisco, California, USA.  As previously provided, Cloudflare, Inc. is not a hosting provider, but it does offer various network services including reverse proxy and pass-through security.

159.    The top-level domain for **SUBJECT DOMAIN 2** is VeriSign, Inc., a U.S.-based company which is the designated registry operator/manager for the ".com" top-level domains.

160.    Although **SUBJECT DOMAIN 2** is no longer active, a seizure of this domain name will prevent it from being used in the future and will redirect customers to a warning banner that will advise them about the illegality of circumvention devices and software piracy.

### 3.    MOD3DSCARD.COM (SUBJECT DOMAIN 3)

161.    **SUBJECT DOMAIN 3** was an online retail website that specialized in selling a variety of circumvention devices.  These devices included devices for the Nintendo Switch, Nintendo 3DS, and the SNES Mini, among others:

Affidavit of Special Agent Lynn Henry - 62
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970



162.    The landing page for **SUBJECT DOMAIN 3** featured quotes from satisfied customers, including the following quote that was purportedly from BOWSER:



163.    In addition to selling circumvention devices, **SUBJECT DOMAIN 3** advertised that it offered access to pirated ROMs of "1000+ 3DS NDS AND SWITCH GAMES" and "UNLIMITED ROM DOWNLOAD CODES":

Affidavit of Special Agent Lynn Henry - 63
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2

3

4

5

6

7

8

9

10

11

12

13



14    164.   **SUBJECT DOMAIN 3** was listed as an authorized reseller on

15  **SUBJECT DOMAIN 1**.  As indicated in the following screenshot, **SUBJECT**

16  **DOMAIN 3** used its status as an official Team Xecuter reseller as part of its

17  marketing:

18

19

20

21

22

23

24

25

26

27

28  **SUBJECT DOMAIN 3** placed a particular emphasis on the SX line of products.  For

example, **SUBJECT DOMAIN 3** advertised that the SX Pro could be used to play

"free" Switch games, and offered an SD card for purchase that came preloaded with games:



In addition to selling the SX line of devices, **SUBJECT DOMAIN 3** sold SX OS license codes with the option of purchasing SD cards that came pre-loaded with pirated ROMS:



Affidavit of Special Agent Lynn Henry - 65
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

Legitimately purchased games for the Nintendo Switch can cost between approximately $19.99 to $59.99.  Accordingly, the sale of a single 512GB SD card with 60 pre-loaded ROMs would represent a total retail value approximately $1,199.40 to $3,599.40  worth of copyrighted games.

165.    On or about December 19, 2018, acting in an undercover capacity and located in the Western District of Washington, HSI SA Judson Scott identified **SUBJECT DOMAIN 3** on the list of authorized resellers on **SUBJECT DOMAIN 1**.  He then purchased four SX Pro devices from **SUBJECT DOMAIN 3** for approximately $202.46.

166.    After submitting the purchase request to **SUBJECT DOMAIN 3**, SA Scott utilized the chat feature within the reseller's website to inquire how to submit a payment through PayPal.  The user of the chat feature advised that the reseller would respond to the inquiry via email.

167.    On or about December 20, 2018, "SwitchAngela" at qkymw8cql1pocy1eru3awlbkgexcflhu-92dae670c1104d49[@]tidioreply.com sent an email explaining that payment would be made through a separate website, selly.gg, that did not sell circumvention devices.  "SwitchAngela" explained that this website was:

> our Paypal selly store link, cause the Paypal can't be connect to
> flashcard [e.g., circumvention devices] stores directly, so we use
> selly.gg store to support the Paypal payment, you can just pay for this
> link to complete your order payment, no need to worry, it is our SHOP,
> also, your order ID is 101013174($202.46), thanks much.

Upon clicking on the link to the selly.gg website, SA Scott was brought to a payment page that listed the item being sold as "Outstanding Roll Up Banner, Pop Up Banner Or Web Banner Design" sold by "crystalweb" for approximately $202.46, the exact same purchase amount for the four SX Pro circumvention devices.  After completing the "purchase" on the selly.gg website, SA Scott was redirected to PayPal's website where he completed the purchase process.  Afterwards, SA Scott received what

1  appeared to be a confirmation from "crystalweb" at

2  shop+1044593222535352321[@]selly.gg with a confirmation of the sale for

3  "Outstanding Roll Up Banner, Pop Up Banner Or Web Banner Design."  SA Scott

4  forwarded this email to admin[@]mods3dscard.com advising that the payment via

5  PayPal was made.  On or about December 21, 2018, admin[@]mods3dscard.com

6  responded, "ok, Thanks, we get it."  On or about January 10, 2019, SA Scott received

7  the SX Pros shipped from Azusa, California to Seattle, Washington.

8       168.    Based on my training and experience, I recognized that the SX Pros

9  observed on and purchased from **SUBJECT DOMAIN 3** misused USPTO registered

10  trademark 5,352,230.

11       169.    Another circumvention device offered by **SUBJECT DOMAIN 3** was

12  the Stargate 3DS.  Consistent with the distribution methodology used by the

13  enterprise, **SUBJECT DOMAIN 3** was listed as an authorized reseller on the

14  enterprise's promotional page, Stargate-3DS.com.  **SUBJECT DOMAIN 3** contained

15  the following listing for the circumvention device:

16



28

Affidavit of Special Agent Lynn Henry - 67
USAO#2018R00640

170.    On or about May 7, 2019, acting in an undercover capacity, I located **SUBJECT DOMAIN 3** on the list of authorized resellers on Stargate-3DS.com.  I then purchased one Stargate 3DS from **SUBJECT DOMAIN 3** for approximately $96.80.  The purchase was eventually completed using PayPal after a failed attempt with a Visa credit card.

171.    After unsuccessfully attempting to use the Visa card, I communicated with the reseller about alternative means of payment.  I received an email from admin[@]mods3dscard.com with the following instructions:

> Pierredupont838[@]yahoo.com
> [H]ere is our paypal account, send money there and leave message on the order id (or order reference, please don't write anything about flashcard or our brand because of piracy), then send me the screenshot, thanks much.  Email me back [w]hen [p]ayment made, please.

Consistent with other laundering techniques used by the enterprise, the reseller used a PayPal account designed to resemble a personal account (instead of a business account) and instructed me to avoid leaving any notations that would indicate that the transaction was related to videogame piracy.  On or about May 15, 2019, I received the circumvention device shipped from Azusa, California to Seattle, Washington.

172.    PayPal records indicate that from approximately June 23, 2018, to August 19, 2019, the a3281991zyego[@]yahoo.com PayPal account received approximately $48,982.21 in U.S. dollars.  Included in the amount received was SA Scott's payment of approximately $202.46 for four SX Pros.

173.    PayPal records also indicate that from approximately June 19, 2018, to August 28, 2019, the pierredupont838[@]yahoo.com PayPal account received approximately $91,342.78 in U.S. dollars.  Included in the amount received was my payment of approximately $96.80 for one Stargate 3DS.

174.    A previous search of publicly available WHOIS domain name registration records revealed that **SUBJECT DOMAIN 3** was registered on or about November 23, 2017, through the registrar, NameSilo, LLC, which had its headquarters in Phoenix, Arizona, USA.  Notably, PayPal account information

Affidavit of Special Agent Lynn Henry - 68
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

indicated that the account pierredupont838[@]yahoo.com made multiple payments to NameSilo, LLC in 2019.

175.    A recent search of publicly available WHOIS domain name registration records revealed that **SUBJECT DOMAIN 3** was registered through the registrar CSC Corporate Domains, Inc, which has its headquarters in Wilmington, Delaware, USA.  The publicly available WHOIS information lists the registrant of **SUBJECT DOMAIN 3** as Nintendo of America, Inc. in Redmond, Washington, USA.

176.    Publicly available WHOIS records also revealed that **SUBJECT DOMAIN 3** is hosted on a computer assigned IP address 165.160.13.20, which is owned by Corporate Service Company, located in Wilmington, Delaware, USA.

177.    The top-level domain for **SUBJECT DOMAIN 3** is VeriSign, Inc., a U.S.-based company which is the designated registry operator/manager for the ".com" top-level domains.

178.    Although **SUBJECT DOMAIN 3** is no longer active, a seizure of this domain name will prevent it from being used in the future and will redirect customers to a warning banner that will advise them about the illegality of circumvention devices and software piracy.

**4.    SXFLASHCARD.COM (SUBJECT DOMAIN 4)**

179.    **SUBJECT DOMAIN 4** was listed as an authorized reseller on **SUBJECT DOMAIN 1**.  As its name suggests, **SUBJECT DOMAIN 4** sold a variety of circumvention devices from Team Xecuter's SX line of products including the SX Pro and SX OS license.  **SUBJECT DOMAIN 4** contained the following listing for the SX Pro:

Affidavit of Special Agent Lynn Henry - 69
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19



20  Below the listing was a lengthy product description and extensive FAQ section.  The

21  product description touted the SX Pro's ability to play free games:

22          It's used to support Custom Firmware(CFW) on the Nintendo Switch,
23          so users can play free Switch games finally.  Buy from SX Nintendo
            Switch flashcard/modchip from sxflashcard.com [**SUBJECT
24          DOMAIN 4**], you can enjoy free worldwide shipping, paypal payment,
25          voucher code service! . . . . After the custom firmware setup on the
            console, you can start to play downloaded free Nintendo Switch games
26          without the need for buying the expensive retail Switch cartridge.

27  One of the FAQs asked whether the "SX OS supports online gaming?"  The response

28  on **SUBJECT DOMAIN 4** was:

Affidavit of Special Agent Lynn Henry - 70
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE
5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

> SX OS supports playing online.  However we can't guarantee Nintendo
> is not able to detect you are using SX OS.
> **So playing online is at your own risk.**

(emphasis in the original).

180.     On or about December 20, 2018, acting in an undercover capacity, SA
Scott located **SUBJECT DOMAIN 4** from the list of authorized resellers on
**SUBJECT DOMAIN 1**.  Clicking on the appropriate link brought SA Scott to
**SUBJECT DOMAIN 4**, where he placed an order for four SX Pro devices, at a cost
of approximately $47.50 each.  The total amount for the order, including shipping,
was approximately $202.99.  After selecting PayPal as his method of payment, SA
Scott received a series of emails to coordinate payment.  On or about December 20,
2018, SA Scott received the following message from sxflashcard[@]vip.163.com.

> Thanks for your order on sxflashcard[.]com! You have made a order
> and choosed [sic] "Paypal Mail" as payment method. **I have to inform
> in advance, because Paypal has forbidden to buy Jailbreak
> products, unfortunately you can not pay directly on our website via
> Paypal. But, if you have Paypal account, you can transfer to the
> Paypal account of our company?** [sic] Please trust us! Many
> customers have successful [sic] payed on our shop. If you are interested,
> you can contact via Email or Online Live Chat, then we will send you
> the Process of Paypal payment.

(emphasis added).

Subsequently, the reseller directed him to make his purchase through
dhgate.com.  After SA Scott indicated that he was unable to make the purchase
through the second website, he received the following email on or about
January 1, 2019, instructing him not to leave any information about **SUBJECT
DOMAIN 4** or the SX Pro in the PayPal payment in order to avoid detection
by PayPal:

> About Paypal payment, I have to tell first, because Paypal has forbidden
> to trade the products of flash card and jailbreak products. Usually we do
> not use Paypal. But, if you have Paypal account, you can transfer to the
> Paypal account of our company. Thanks for your trust! Here is the
> paypal account: chicoque@outlook[.]com Total price: 202.99 USD
> Note: Only leave your name [JO] in paypal payment, then we can

Affidavit of Special Agent Lynn Henry - 71
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE
5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

identify, THANKS! [Please do not leave any information about products and website after paypal payment- very important!] **Note (Very Important!): Please leave no information about the product in Paypal payment, as paypal has banned to sell flash card and jailbreak products. This also protect your Paypal account**. After the payment, please tell us via email or Online Chat, As soon as we receive the money, we will ship your order quickly. (Pay Attention: During our working time, the os license will be sent within 30 minutes after payment, besides our working time, the license will be sent within 24 hours!)

(emphasis added).  After SA Scott made the payment, he was sent a confirmation email and a tracking number.  SA Scott received the circumvention device shipped from Oxford, Ohio to Seattle, Washington on or about January 11, 2019.

181.    Based on my training and experience, I recognized that the SX Pro observed on and purchased from **SUBJECT DOMAIN 4** misused USPTO registered trademark 5,352,230.

182.    PayPal records indicate that from approximately August 12, 2018, to January 12, 2019, the chicoque[@]outlook.com PayPal account received approximately $33,171.27 in U.S. dollars.  Included in the amount received was SA Scott's payment of approximately $202.99 for four SX Pros.

183.    A search of publicly available WHOIS domain name registration records revealed that **SUBJECT DOMAIN 4** was registered on or about May 16, 2018, through the registrar, GoDaddy.com, LLC, which has its headquarters in Tempe, Arizona, USA.  The publicly available WHOIS information lists the registrant of **SUBJECT DOMAIN 4** as Nintendo of America Inc. in Redmond, Washington.

184.    The top-level domain for **SUBJECT DOMAIN 4** is VeriSign, Inc., a U.S.-based company which is the designated registry operator/manager for the ".com" top-level domains.

185.    Although **SUBJECT DOMAIN 4** is no longer active, a seizure of this domain name will prevent it from being used in the future and will redirect customers

Affidavit of Special Agent Lynn Henry - 72
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

to a warning banner that will advise them about the illegality of circumvention devices and software piracy.

### 5.    DIGITOPZ.COM (SUBJECT DOMAIN 5)

186.    **SUBJECT DOMAIN 5** is an online marketplace that sold a variety of circumvention devices, including the Gateway 3DS, the Stargate, and the SX line of products, among others.  **SUBJECT DOMAIN 5** advertised that it sold only products from "official resellers" and would update or "pre-flash" the circumvention devices before sending them to customers:



As an additional incentive, **SUBJECT DOMAIN 5** offered to provide "free [Nintendo] DS games" upon request:

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Q: What's the advantage of purchasing from digitopz.com ?**

A : all of flashcart are 100% from official manufacture and we have tested every single flashcard before shipping out to assure you can receive the high quality card.What's more, we will do our best to better service all customers. From now on,we provide free DS games for Digitopz customers,Here is the game list for you. Just email us what games you want to get, we will reply you the download links in 24 hours, you can download them fast and safe.

187.   **SUBJECT DOMAIN 5** heavily promoted the sale of the SX line of products, going as far as listing the SX line of products as the first four products in a list of 23 "accessories" for the Nintendo Switch:



The listing for the SX Pro on **SUBJECT DOMAIN 5** described the circumvention device as a modchip that works on any Nintendo Switch from "any region" that allows the user to "play free [S]witch games":

//

//

Affidavit of Special Agent Lynn Henry - 74
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

188.   On or about December 20, 2018, acting in an undercover capacity, SA Scott located **SUBJECT DOMAIN 5** on the list of authorized resellers on **SUBJECT DOMAIN 1**.  SA Scott clicked on the link for **SUBJECT DOMAIN 5** and was redirected to **SUBJECT DOMAIN 5**.  SA Scott added four SX Pro devices to his virtual shopping cart and started the checkout process.  After selecting PayPal as the payment method, **SUBJECT DOMAIN 5** displayed the following message: "Thanks for your new order. Our PayPal account will be sent to you via email after you confirm the order."  After confirming the order, SA Scott received an email from sales[@]digitopz.com with an order confirmation and the following instructions:

> **Please do not leave any message in the comment section when you send money on PayPal.** Please send payment to this PayPal account: yangppyan81[@]163.com. After you send payment, please tell us here. And we will confirm the payment and arrange to ship the package for you.

(emphasis added).  After making the payment as instructed, SA Scott informed the operators of **SUBJECT DOMAIN 5** that payment had been made and received a confirmation in response.  On or about December 23, 2018, SA Scott received an

Affidavit of Special Agent Lynn Henry - 75
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

"Order Update #1570546817" email from "Alice" utilizing the sales[@]digitopz.com email address, which provided DHL tracking number 6628577561 for the four SX Pros purchased from **SUBJECT DOMAIN 5** for approximately $228.00.

189.    On or about December 28, 2018, I retrieved the shipment of SX Pros that shipped from Guangzhou, China to Seattle, Washington.  The customs declaration for the shipment did not match the four items in the $228.00 order. Namely, the declaration described the shipment as containing two "card reader[s]" with a total declared value of $10.00.

190.    Based on my training and experience, I recognized that the SX Pro observed on and purchased from **SUBJECT DOMAIN 5** misused USPTO registered trademark 5,352,230.

191.    On or about October 9, 2019, I submitted one of the four SX Pro modchips purchased from **SUBJECT DOMAIN 5** to Nintendo for review.  On or about February 11, 2020, Nintendo confirmed that the SX Pro device and SX OS software circumvented technological security measures on Nintendo Switch console to enable play of pirated game software.

192.    PayPal records indicate that from approximately August 25, 2017, to January 31, 2019, the yangppyan81[@]163.com PayPal account received approximately $164,392.55 in U.S. dollars.  Included in the amount received was SA Scott's payment of approximately $228.00 for the four SX Pros.

193.    A search of publicly available WHOIS domain name registration records revealed that **SUBJECT DOMAIN 5** was registered on or about July 22, 2010, through the registrar, GoDaddy.com, LLC, which has its headquarters in Tempe, Arizona, USA.  The publicly available WHOIS information lists the registrant of **SUBJECT DOMAIN 5** as "Digiwayz Technology" with a mailing address of Guangdong, China.

194.    Publicly available WHOIS records also revealed that **SUBJECT DOMAIN 5** is hosted on a computer assigned IP address 172.96.187.213, which is owned by SingleHop LLC, Inc., located in Chicago, Illinois, USA.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

195.    The top-level domain for **SUBJECT DOMAIN 5** is VeriSign, Inc., a U.S.-based company which is the designated registry operator/manager for the ".com" top-level domains.

**6.    TRUEBLUEMINI.COM (SUBJECT DOMAIN 6)**

196.    The enterprise used **SUBJECT DOMAIN 6** as a promotional website for its TrueBlue Mini line of circumvention devices.  The enterprise designed these devices for a variety of different consoles, and they came preloaded with a library of pirated ROMs.  **SUBJECT DOMAIN 6** described each of the devices as follows:



197.    The first version of the TrueBlue Mini was designed to be plugged into a console called the C64 Mini, which was released by Retro Games, Ltd.  The console comes pre-loaded with 64 legitimate games.  The enterprise designed the TrueBlue

Mini to be plugged into the C64 Mini so that a "[c]omplete collection" of nearly 500 pirated ROMS can be played:

## True Blue Mini - The Ultimate Plug & Play addon for your C64/C64 Mini

*The only C64/C64 Mini add-on you will ever need!*

**True Blue Mini – The ultimate Plug & Play addon for your theC64/C64 mini!**
**Hours of retro fun with your friends from the glory days of the Commodore 64.**
**Simply plug & play! No installation or soldering required, ready in seconds!**

**Nearly 500 games (480 in total) games from all regions, all styles, there is no ending to gameplay. Works exactly like the other pre-included games, except there is so many more...**

True Blue C64 is a simple plug & play device that adds hundreds of beloved C64 games to your C64 max/mini collection by simply inserting the dongle into the USB controller port (or on the back for the max model) of your console. You will instantly have a C64 with the most complete collection of all games that ever existed on the mighty Commodore 64. So many memories, so much fun!

Accept no imitation: True Blue Mini is the original theC64 game enhancer. We use only high quality components and ensure 100% Plug & Play compatibility with your console– for any region, at any time.

- Complete collection of 480 original Commodore 64 games
- All games are compatible with both the C64 and C64 Mini console. You can also change all games button configuration with our mapping tool!

198.    The second version of the TrueBlue Mini was designed to be inserted in Sony's PlayStation Classic console:

Affidavit of Special Agent Lynn Henry - 78
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10



11
12  The enterprise sold different ROM "packs" or types of this device, each of which
13  come preloaded with 58 to 203 pirated ROMs:
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Affidavit of Special Agent Lynn Henry - 79
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE
5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

199.   The third version of the TrueBlue Mini is designed for the Sega Genesis Mini console that comes pre-loaded with 40 retro games.  This version is also compatible with the Japanese version of the console, the Sega Mega Drive.  The enterprise designed the TrueBlue Mini to be inserted into the console so that users could access a library of "over 800" pirated ROMs:



True Blue Mini - The Ultimate Plug & Play addon for your Genesis / MegaDrive Mini

*The only Genesis/Megadrive accessory you will ever need!*

This simple add-on offers a complete collection of all Genesis/Megadrive games to turn your Genesis/Megadrive mini into the ultimate retro gaming console.

Over 800 games (813 in total) games from all regions, all style, there is no ending to gameplay. Works exactly like the other pre-included games, except there is so many more...

Easy to use, just 2 minutes to install with any Windows or Mac PC (see instructions at the bottom of this page)

Includes a mini USB hub so you can enjoy all the fantastic 2-player games without losing your second controller compatibility!

Accept no imitation: True Blue Mini is the original Mini & Classic consoles game enhancer. We use only high quality components and ensure 100% compatibility, durability and safety with your console– for any region, at any time. Beware of low-quality/faulty clones!

* Packed with over 800 additional Mega Drive/Genesis games.
* Supports real time saves for all games, just like the original console.
* Includes Hub to allow for multiple players while using device.
* 4 in 1 official consoles.
You can run you mini console as each of the four official regions: USA, Europe, Japan, Asia.
* Shows 102 games per page and easily swaps between pages via button presses.
* Short descriptions for every game.
* Full colour covers for every game.
* Simple one time install process.
* Plug and play usage. Just plug device in and turn console on to use it.

True Blue Mini - Ultradrive Pack

Why is it called the Ultradrive? Because this one single kit offers over 800 original Genesis/Megadrive games for the Ultimate retro gaming collection. From all regions, all styles! You will never need anything else to enjoy the best out of your Genesis/Megadrive mini!

Full Game List :

200.   In addition to the TrueBlue Mini, **SUBJECT DOMAIN 6** also advertised the enterprise's Classic2Magic circumvention device.  When either picture

Affidavit of Special Agent Lynn Henry - 80
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

associated with the Classic2Magic were selected, the user was redirected to **SUBJECT DOMAIN 8**, which is a promotional website for the product.

201.   Based on my training and experience I recognized that the Classic2Magic device depicted on **SUBJECT DOMAIN 6** misused USPTO registered trademark 5,443,367.

202.   Consistent with its methodology for other promotional websites, the enterprise did not sell the piracy devices directly from **SUBJECT DOMAIN 6**. Instead, **SUBJECT DOMAIN 6** had a page with a list of authorized resellers who serviced 18 different countries, including the U.S.  Notably, **SUBJECT DOMAIN 6** listed **SUBJECT DOMAINS 3**, **7**, and **9**, as authorized resellers for the United States.

203.   A search of publicly available WHOIS domain name registration records revealed that **SUBJECT DOMAIN 6** was registered on or about January 3, 2019, through the registrar, PDR Ltd., dba PublicDomainRegistry.com, a subsidiary of Newfold Digital, Inc. (FKA Endurance International Group, Inc.), which has its headquarters in Burlington, Massachusetts, USA.  The publicly available WHOIS information had the listed registrant information for **SUBJECT DOMAIN 6** listed as "GDPR Masked[8]" with the registrant country listed as the Netherlands.

204.   Publicly available WHOIS records also revealed that **SUBJECT DOMAIN 6** is serviced by a computer assigned IP address 94.228.129.188, which is owned by Prolocation B.V. in the Netherlands.  It should be noted that **SUBJECT DOMAINS 8** and **10** were listed as being serviced by the same IP address.

205.   The top-level domain for **SUBJECT DOMAIN 6** is VeriSign, Inc., a U.S.-based company which is the designated registry operator/manager for the ".com" top-level domains.

206.   Although **SUBJECT DOMAIN 6** is no longer active, a seizure of this domain name will prevent it from being used in the future and will redirect customers

---

[8] "GDPR" stands for the General Data Protection Regulation and is a European Union ("EU") data protection regulation that went into effect on May 25, 2018.

1  to a warning banner that will advise them about the illegality of circumvention
2  devices and software piracy.

3  ### 7.    PLOYLAB.COM (SUBJECT DOMAIN 7)

5  207.   **SUBJECT DOMAIN 7** was an online marketplace with a wide variety
6  of circumvention devices for sale along with other miscellaneous accessories.  For
7  example, **SUBJECT DOMAIN 7** offered a device called the "Pandora Box 3D 18S"
8  which came preloaded with 4,000 pirated games and offered access to an online-only
9  game market that contained approximately 20,000 games:



208.   **SUBJECT DOMAIN 7** also sold a variety of the enterprise's TrueBlue Mini devices including the Overdose, Crackhead, Meth and Weed versions of the device packaged together for a discounted price.  The listing for the TrueBlue Mini for the PlayStation Classic explained that the device was a plug-and-play device that would allow users to play pirated ROMs on the console:



209.   On or about April 25, 2020, I visited **SUBJECT DOMAIN 6**, where I located **SUBJECT DOMAIN 7** on the list of authorized resellers.  After being redirected to **SUBJECT DOMAIN 7**, I visited the "blog" for the website which included the following topics, among others:

- Troubleshooting for Error Code: 001-001 (2019-12-11)
- PlayStation Classic Hack Customer questions & answers (2019-12-11)
- Why is True Blue Mini USB for PlayStation Classic worth - Make the PlayStation Classic playable rather than being stuck with the awful 20 pre-loaded games (2019-12-11)
- NEW True Blue Mini 813 Games for Sega Genesis Mini (2019-12-03)
- Black Friday Countdown (2019-11-26)
- New Arrivals - GBA (2019-11-26)
- BEWARE OF IMITATIONS! (2019-10-24)
- True Blue Mini Instructions - dos and don'ts - How to use True Blue Mini Packs? (2019-10-18)
- List of Games (562 Games) - All the ones we sell and the actual list of games!...(2019-10-14)
- Overdose Pack 203 Games - Hot New Release! 15% OFF! Free Shipping! (2019-09-27)

Affidavit of Special Agent Lynn Henry - 83
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

210.    I navigated to the listing for the TrueBlue Mini "Overdose Pack," and purchased one of the devices for approximately $39.09.  On or about June 17, 2020, I received the TrueBlue Mini shipped from "Jon" in Auburn, Alabama to Seattle, Washington.  However, shipping records indicated that the shipment originated in China and was likely sent to a fulfillment center located in either California or Nevada, and then shipped to Seattle, Washington.  Notably, I located a recent news article that identified the same Auburn, Alabama shipping address that appeared on the shipment obtained from **SUBJECT DOMAIN 7**, as being widely and improperly used for a variety of suspicious shipments.  According to the article, the address belongs to a gas station and convenience store, whose owner is unaware of how and why the business' address is being used in this manner.

211.    A search of publicly available WHOIS domain name registration records revealed that **SUBJECT DOMAIN 7** was registered on or about July 16, 2019, through the registrar, GoDaddy.com, LLC, which has its headquarters in Tempe, Arizona, USA.  The publicly available WHOIS information lists the registrant's location of **SUBJECT DOMAIN 7** as Guangdong, China.

212.    Publicly available WHOIS records also revealed that **SUBJECT DOMAIN 7** is serviced by a computer assigned IP address 104.18.19.163, which is owned by Cloudflare, Inc., in San Francisco, California, USA.  As previously provided, Cloudflare, Inc. is not a hosting provider, but it does offer various network services including reverse proxy and pass-through security.

213.    The top-level domain for **SUBJECT DOMAIN 7** is VeriSign, Inc., a U.S.-based company which is the designated registry operator/manager for the ".com" top-level domains.

**8.    CLASSIC2MAGIC.COM (SUBJECT DOMAIN 8)**

214.    Consistent with its marketing approach for its other products, the enterprise used **SUBJECT DOMAIN 8** as a promotional website for the Classic2Magic piracy device, often referenced as "C2M."  **SUBJECT DOMAIN 8**

advertised that the Classic2Magic could be used to "[p]lay thousands of games on your SNES Mini Classic":



215.    Through **SUBJECT DOMAIN 8**, the enterprise described the Classic2Magic as a device that could be used to play both original game cartridges and ROMs.  The Classic2Magic allowed ROMs to be played though the device's USB port:

USB Drive / Backup features :

- Plays backup game ROMs from USB Drive
- Supports game ROMs from any region
- Copy game ROMs onto USB Drive without needing any special programs.
- Unlimited extra storage via one or more USB Drives.
- Supports the ability to add extra emulator systems such as NES, gameboy, master system, etc
- Easily swap USB Drives to have multiple different setups of emulated consoles and games.
- Supports unlimited customization for advanced users

Although the Classic2Magic was designed to circumvent technological measures on the Nintendo SNES Classic Edition, users of the Classic2Magic circumvention device were not limited to playing Nintendo games.  Instead, as the enterprise advertised on **SUBJECT DOMAIN 8**, the Classic2Magic could play pirated games originally designed for a wide variety of consoles:



Game ROMS for other systems are supported via extra emulators :

Arcade Games, Atari 2600, Atari 7800, Atari Lynx
Bandai WonderSwan, Bandai WonderSwan Color
Game Boy, Game Boy Color, Game Boy Advance
Nintendo 64, Nintendo Entertainment System (NES), Super Nintendo, Nintendo Virtual Boy
Intellivision, Sega Master System, Sega Game Gear, Sega Megadrive / Genesis, Sega 32X
Neo Geo Pocket, Neo Geo Pocket Color
PCEngine TurboGrafx, PCEngine SuperGrafx
Vectrex

Affidavit of Special Agent Lynn Henry - 86
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

To assist its customers, **SUBJECT DOMAIN 8** contained links to **SUBJECT DOMAIN 11**, which in turn, had links to online libraries of pirated ROMs:



As indicated in the above screenshot, the enterprise tried to shield itself from liability by including a disclaimer that "C2M is not responsible for the misuse of copyrighted games by its users."

216.    **SUBJECT DOMAIN 8** also contained a download link for software that allowed its customers to use the Classic2Magic in conjunction with the SX OS on the Nintendo Switch:

Download C2M Installer for Nintendo Switch (requires Team Xecuter SX OS)
Simply unzip pack in your microSD card root folder and enjoy all your SNES games on Nintendo Switch!

217.    As expected, the enterprise deliberately chose not to sell the Classic2Magic directly from **SUBJECT DOMAIN 8**, but instead provided a lengthy list of vendors from whom the device could be purchased.  Included in the list was **SUBJECT DOMAIN 9**, which was listed as an authorized reseller of the Classic2Magic device for China.

218.    As with other domains under the enterprise's control, **SUBJECT DOMAIN 8** included a copyright notice near the bottom of the website, but failed to list it correctly:

Affidavit of Special Agent Lynn Henry - 87
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

(P) C2M - Classic 2 Mini - All rights reserved

219.    Based on my training and experience I recognized that the Classic2Magic device depicted on **SUBJECT DOMAIN 8** misused USPTO registered trademark 5,443,367.

220.    A search of publicly available WHOIS domain name registration records revealed that **SUBJECT DOMAIN 8** was registered on or about June 8, 2018, through the registrar, PDR Ltd., dba PublicDomainRegistry.com, a subsidiary of Newfold Digital, Inc. (FKA Endurance International Group, Inc.), which has its headquarters in Burlington, Massachusetts, USA.  The publicly available WHOIS information had the listed registrant information for **SUBJECT DOMAIN 8** listed as "GDPR Masked" with the registrant country listed as the Netherlands.

221.    Publicly available WHOIS records also revealed that **SUBJECT DOMAIN 8** is serviced by a computer assigned IP address 94.228.129.188, which is owned by Prolocation B.V. in the Netherlands.  It should be noted that **SUBJECT DOMAINS 6** and **10** are hosted on the same IP address.

222.    The top-level domain for **SUBJECT DOMAIN 8** is VeriSign, Inc., a U.S.-based company which is the designated registry operator/manager for the ".com" top-level domains.

223.    Although **SUBJECT DOMAIN 8** is no longer active, a seizure of this domain name will prevent it from being used in the future and will redirect customers to a warning banner that will advise them about the illegality of circumvention devices and software piracy.

Affidavit of Special Agent Lynn Henry - 88
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

### 9.    AXIOGAME.COM (SUBJECT DOMAIN 9)

224.    **SUBJECT DOMAIN 9** was an online marketplace that sold a variety of the enterprise's circumvention devices, including the Classic2Magic, TrueBlue Mini, the SX line of products, the Gateway, and the Stargate 3DS:



225.    The "About us" page on **SUBJECT DOMAIN 9** indicated that the marketplace had been in operation since 2001 and shipped products worldwide. Notably, the page indicated that the website was operated by "Mr. Chen":

Affidavit of Special Agent Lynn Henry - 89
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

226.    There is evidence that the enterprise generated a significant amount of revenue from sales made through **SUBJECT DOMAIN 9**.  For example, on or about June 24, 2015, LOUARN sent an email to a co-conspirator who wanted to move the location of the conspiracy's web server, which read in part:

> You are always panicky about things and not taking time to analyse and see the big picture to make real money.
> First, obviously we know how to host.  Just for sites you know we own, we have Maxconsole [**SUBJECT DOMAIN 11**], Team-xecuter [**SUBJECT DOMAIN 1**] etc. which are 1000 times more traffic than your site ever had.  Second, of course[,] Axiogame [**SUBJECT DOMAIN 9**]will be back up, it is already back but we have some issues which I am trying to understand.  **Axiogame has over 200 orders per day** . . .

(emphasis added).

227.    On or about August 3, 2018, I visited **SUBJECT DOMAIN 9** and navigated to the "Contact us" section that listed an email address of Sales[@]axiogame.com.  However, when I hovered my cursor over the email address, the hyperlink exposed itself as a link to sales[@]chinadistrib.com, indicating that **SUBJECT DOMAINS 9** and **10** were connected with each other.

Affidavit of Special Agent Lynn Henry - 90
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

228.    On or about May 7, 2019, I attempted to use a Visa credit card to purchase the Classic2Magic device from **SUBJECT DOMAIN 9** but was unsuccessful.  I utilized the "Contact Us" web-form on **SUBJECT DOMAIN 9** to inquire about the inability to use my Visa credit card, and I also inquired about using PayPal to make a payment.  I received a response from sales[@]axiogame.com that read:  "Hello, What is your paypal address?  When you use paypal, we will charge 5% of the total amount as paypal fee."

229.    On or about May 8, 2019, I contacted sales[@]axiogame.com in an email titled "PP please," in which I wrote:  "Hi, I want the C2M for $49.95.  Does that include free shipping to the US?  If so you take paypal?"  Sales[@]axiogame.com responded, "Yes, the price is including the free shipping.  We take paypal but you will need to pay extra 5% of the total amount as paypal fee.  What is your paypal address?"  After confirming the total purchase price of approximately $52.45, which included shipping and 5% PayPal fee, I asked for the seller to identify the PayPal account that would be used to receive my payment.  In response, the user of sales[@]axiogame.com explained that the website would send a PayPal payment request to my PayPal account.  Subsequently, I received a payment request from the PayPal account registered to the email address lebing520[@]gmail.com.

230.    On or about June 10, 2019, I received the circumvention device shipped from "YST" in Dongguan City, China to Seattle, Washington.  The shipment was mis-described as an "adapter" valued at $10.00.

231.    Based on my training and experience, I recognized that the Classic2Magic observed on and purchased from **SUBJECT DOMAIN 9** misused USPTO registered trademark 5,443,367.

232.    Also based on my training and experience, I believe the PayPal account registered to the email address lebing520[@]gmail.com was designed to look like a personal PayPal account, rather than a business account.  The account did not use any identifiers that linked it to **SUBJECT DOMAIN 9**.  Furthermore, the account did not accept direct PayPal payments like a business account would.  By using the account in

1  this fashion, the enterprise minimized the chances of PayPal detecting that the account
2  was connected to the sale of illegal products.

3  233.   PayPal records indicate that from approximately January 9, 2019, to
4  approximately December 31, 2019, the lebing520[@]gmail.com PayPal account
5  received approximately $229,439.71 net USD.  Included in the amount received was
6  my payment of approximately $52.45 for one Classic2Magic.

7  234.   On or about October 9, 2019, I submitted one Classic2Magic device to
8  Nintendo for review.  On or about February 11, 2020, I received a sworn affidavit
9  from a Nintendo Technical Program Manager that confirmed that the Classic2Magic
10 device "enables a user to make digital copies of Nintendo video game software…and
11 store those copies on a USB storage device.  The user only needs to insert both a USB
12 storage drive and the SNES game cartridge into the C2M Device.  The C2M Device
13 then enables the user to play the pirated game files from the USB storage device on a
14 NES or SNES Console when the C2M Device is connected to the Nintendo console."

15 235.   The affidavit also confirmed that the Classic2Magic "[d]evice
16 packaging displays a controller design that is nearly identical to [Nintendo's USPTO
17 registered trademark 5,443,367]… and is clearly intended to associate the C2M
18 Device with Nintendo and the SNES Console."

19 236.   A search of publicly available WHOIS domain name registration
20 records revealed that **SUBJECT DOMAIN 9** was registered on or about January 21,
21 2005, and on or about October 26, 2020, CSC Corporate Domains, Inc became the
22 registrar, which has its headquarters in Wilmington, Delaware.  The publicly available
23 WHOIS information lists Nintendo of America, Inc., in Redmond, Washington as the
24 registrant.

25 237.   Publicly available WHOIS records also revealed that **SUBJECT**
26 **DOMAIN 9** is serviced by a computer assigned IP address 165.160.15.20, which is
27 owned by Corporate Service Company, located in Wilmington, Delaware, USA.

28

Affidavit of Special Agent Lynn Henry - 92
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

238.    The top-level domain for **SUBJECT DOMAIN 9** is VeriSign, Inc., a U.S.-based company which is the designated registry operator/manager for the ".com" top-level domains.

239.    Although **SUBJECT DOMAIN 9** is no longer active, a seizure of this domain name will prevent it from being used in the future and will redirect customers to a warning banner that will advise them about the illegality of circumvention devices and software piracy.

**10.    CHINADISTRIB.COM (SUBJECT DOMAIN 10)**

240.    The enterprise utilized **SUBJECT DOMAIN 10** as a wholesale distribution marketplace through which the enterprise could sell bulk quantities of circumvention devices and gaming accessories, among other products.  The enterprise required wholesale customers to create an account for **SUBJECT DOMAIN 10** to view product listings and place orders.  As indicated in the following screenshot from **SUBJECT DOMAIN 10**, the enterprise required customers to spend at least 500 Euros or U.S. dollars for each order:



Affidavit of Special Agent Lynn Henry - 93
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

241.   After logging into **SUBJECT DOMAIN 10**, customers would see advertisements for featured products, and a long list of links for other categories of products:



Affidavit of Special Agent Lynn Henry - 94
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE
5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

As shown in the above screenshot, the enterprise featured the trademarked logos of leading consoles on the homepage of **SUBJECT DOMAIN 10**, along with the enterprise's circumvention devices–the SX Pro, Classic2Magic, and TrueBlue Mini– to exploit those consoles.

242.   The link for the category "3DS" redirected customers to subdomain "FLASHCARTS" that listed 19 different circumvention devices that were designed for the Nintendo 3DS, including the Gateway and Stargate 3DS.

243.   The link for the category "SWITCH MODCHIP" redirected customers to a subdomain that listed seven products, including the following three SX devices:



As indicated in the above screenshots, wholesale buyers could receive a substantial discount if they purchased more than 250 units of the products.

Affidavit of Special Agent Lynn Henry - 95
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

244.   **SUBJECT DOMAIN 10** also featured the Classic2Magic device on its homepage.  The following advertisement contained explicit instructions on how payment for the device should be made.



Based on my training and experience, I believe these instructions were designed to conceal the nature of the illegal transactions from any financial institution that might process the funds transfer.  For example, the bank transfer instructions are designed to make the payment look like a transfer of money between friends, not a commercial transaction.

245.   The product listing for the Classic2Magic contained much of the same information that was contained on classic2magic.com **(SUBJECT DOMAIN 8)**. Among other things, the enterprise highlighted how the device could be used to play a wide variety of ROMs:

Plays backup game ROMs from USB Drive
Supports game ROMs from any region
Copy game ROMs onto USB Drive without needing any special programs.
Unlimited extra storage via one or more USB Drives.
Supports the ability to add extra emulator systems such as NES, gameboy, master system, etc
Easily swap USB Drives to have multiple different setups of emulated consoles and games.
Supports unlimited customization for advanced users

Game ROMS for other systems are supported via extra emulators :

Arcade Games, Atari 2600, Atari 7800, Atari Jaguar, Atari Lynx
Bandai WonderSwan, Bandai WonderSwan Color
Game Boy, Game Boy Color, Game Boy Advance
Nintendo 64, Nintendo Entertainment System (NES), Super Nintendo, Nintendo Virtual Boy
Intellivision, Sega Master System, Sega Game Gear, Sega Megadrive / Genesis, Sega 32X
Neo Geo Pocket, Neo Geo Pocket Color
PCEngine TurboGrafx, PCEngine SuperGrafx
Vectrex

246.   **SUBJECT DOMAIN 10** also featured three varieties of the TrueBlue Mini device.  Each of the TrueBlue Mini devices came preloaded with a library of pirated ROMs:



Affidavit of Special Agent Lynn Henry - 97
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

247.   The enterprise used **SUBJECT DOMAIN 10** to sell a number of other devices besides the TrueBlue Mini, each of which also came preloaded with pirated ROM libraries.  As indicated in the following screenshot, these devices came preloaded with between 36 to 1,151 pirated ROMs:



Affidavit of Special Agent Lynn Henry - 98
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

248.   On or about February 27, 2020, acting in an undercover capacity, I purchased 15 Classic2Magic devices from **SUBJECT DOMAIN 10** for approximately $610.23.  Prior to being allowed access to the content of **SUBJECT DOMAIN 10**, I had to first be approved for an account, which I was on or about August 7, 2019, when I received an email from shop[@]chinadistrib.com that my account had been approved.

249.   Initially, I placed two separate orders on **SUBJECT DOMAIN 10**.  The first order was for 20 "Xecuter SX Pro SWITCH MODCHIP" for approximately $574.52, and the second order was for 15 "Classic 2 Magic NFC-BACK UP TOOL" for approximately $592.46.  At the bottom of each invoice that was emailed to me from sales[@]chinadistrib.com, were instructions to contact sales[@]chinadistrib.com, or PayPal at chinadistrib[@]outlook.com.  PayPal records indicate that this account belonged to CHEN.

250.   On or about February 18, 2020, as instructed, I emailed sales[@]chinadistrib.com and asked for the PayPal account to pay for each of the orders.  The following day sales[@]chinadistrib.com responded that they did not use PayPal, a contradiction to what was at the bottom of the invoice.

251.   Numerous emails were exchanged between myself and sales[@]chinadistrib.com detailing the orders, shipping, and payment.  At one point I eluded to being able to get the 15 Classic2Magic devices through U.S. customs by having "a guarantee [sic] safe way to get it in with no customs problems."

252.   On or about February 24, 2020, sales[@]chinadistrib.com advised that they would send me a "payment request tomorrow."  Later that same day, I received an email from NoReply[@]payoneer.com that requested payment of approximately $592.46 for "USB ADAPTER."

Private would like to be paid through Payoneer.
Payment request details:
Due by 2/28/2020
Payment request ID 4158120
Description USB ADAPTER

Affidavit of Special Agent Lynn Henry - 99
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

Amount 592.46 USD

2

3
Payoneer is a U.S.-based company that provides online financial services, including

4
digital payment services.

5
253.     On or about February 25, 2020, I received an email receipt from

6
Payoneer that my payment was being processed and would be sent to

7
1603813102[@]qq.com.  PayPal records indicate that CHEN registered a PayPal

8
account with this same email address.

9
254.     On or about February 28, 2020, I received an email from

10
sales[@]chinadistrib.com that included an attached commercial invoice from TuHong

11
Trading Ltd., for 15 "USB Adapter" for approximately $79.00.  Based on my training

12
and experience, this was a double invoice for the purpose of smuggling illicit

13
merchandise through U.S. customs.

14
255.     The 15 Classic2Magic devices I purchased from **SUBJECT**

15
**DOMAIN 10** were imported into the United States from Shenzhen, China, and

16
delivered to an address within the Western District of Washington on or about March

17
10, 2020.  The packages and instructions for the devices resembled that of the

18
Classic2Magic device I purchased from **SUBJECT DOMAIN 9**.  The packaging also

19
resembled image files found in email accounts used by LOUARN and CHEN.

20
256.     Notably, on or about August 22, 2018, LOUARN sent CHEN an email

21
in which LOUARN states:  "Here is packaging, remember to add on the side of the

22
box (there is the 2 side empty) ROHS/CE logo and whatever is needed.  This is

23
important, make sure to have it on it!!"  Attached to the email was the following

24
template for the cardboard packaging for the Classic2Magic device:

25

26

27

28

Affidavit of Special Agent Lynn Henry - 100
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17



18  As depicted in the following photograph, LOUARN's graphic template appears to

19  have been used to create the packaging for the Classic2Magic devices, including the

20  15 I purchased from **SUBJECT DOMAIN 10**:

21
22
23
24
25
26
27
28

Affidavit of Special Agent Lynn Henry - 101
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970



257.    Based on my training and experience, I recognized that the Classic2Magic devices observed on and purchased from **SUBJECT DOMAIN 10** misused USPTO registered trademark 5,443,367.

258.    A search of publicly available WHOIS domain name registration records revealed that **SUBJECT DOMAIN 10** was registered on or about November 18, 2007, through the registrar, PDR Ltd., dba PublicDomainRegistry.com, a subsidiary of Newfold Digital, Inc. (FKA Endurance International Group, Inc.), which has its headquarters in Burlington, Massachusetts, USA.  The publicly available WHOIS information listed the registrant for **SUBJECT DOMAIN 10** as "GDPR Masked" with the registrant country listed as the Netherlands.

259.    Publicly available WHOIS records also revealed that **SUBJECT DOMAIN 10** is serviced by a computer assigned IP address 94.228.129.188, which is owned by Prolocation B.V. in the Netherlands.  **SUBJECT DOMAINS 6** and **8**, among other known domains operated by the enterprise, are hosted on the same IP address.

Affidavit of Special Agent Lynn Henry - 102
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

260.    The top-level domain for **SUBJECT DOMAIN 10** is VeriSign, Inc., a U.S.-based company which is the designated registry operator/manager for the ".com" top-level domains.

261.    Although **SUBJECT DOMAIN 10** is no longer active, a seizure of this domain name will prevent it from being used in the future and will redirect customers to a warning banner that will advise them about the illegality of circumvention devices and software piracy.

**11.    MAXCONSOLE.COM (SUBJECT DOMAIN 11)**

262.    **SUBJECT DOMAIN 11** was a key part of the enterprise's efforts to use a variety of websites to market and sell its devices, and to engage in large-scale copyright infringement.  The enterprise portrayed **SUBJECT DOMAIN 11** as a website that provided gaming news, with a focus on ROMs and circumvention devices, as explained on the "About" page of the website:



263.    The enterprise posted numerous news articles and reviews on **SUBJECT DOMAIN 11**.  Most of the news articles appear to be reposts or summaries of news reported by other sources.  For example, one of the posts under the "general" tab of the website discusses how "Camex Games announced today their Tactical Role Playing Game has been updated[…]," followed by what appears to be a

1  verbatim transcript of the announcement and a method for users to view the news

2  from other sources.  When the enterprise is not reposting content from other sources

3  on the website, the enterprise provides commentary or analysis, such as in posts like,

4  "A Beginners Guide to Online Casinos" and "Can eSports Betting Be a Profitable

5  Hobby?"

6      264.    The enterprise regularly used **SUBJECT DOMAIN 11** to post articles

7  about its products.  For example, on or about June 9, 2020, the enterprise reported an

8  announcement by Team Xecuter regarding the shipment of a new circumvention

9  device:



20      265.    The enterprise also posted "reviews" of its products on **SUBJECT**

21  **DOMAIN 11**.  For example, on or about June 27, 2018, a user named "faith genesis

22  raven" posted a favorable review of the SX OS.  The following screenshot captures a

23  portion of that review:

Affidavit of Special Agent Lynn Henry - 104
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

Xecuter SX OS For The Nintendo Switch Review

JUN 27

by faith genesis raven : Jun 27, 2018 at 7:30 PM                    3,257      2

Before I begin my review I would like to thank Team-Xecuter for giving me a review copy of their SX OS.

Hence this review is specifically for the SX OS which is meant for people who already has a jig / tool and a usb cable etc.... If you don't have those then I recommend you getting the SX PRO instead.

Enjoy my review!

Honestly, I had my doubts about the SX OS but after spending less than 10 minutes with this my doubts were gone.

What took me by surprise was that how easy it was to set it up and how quick and well it operates. To set it up it was just a matter of going onto the Team Xecuter SX official website then downloading the required files they even have an easy to follow manual which I followed to a T and had no issues what so ever.

Once I had everything set up and clicked Inject Payload in a few seconds my switch was into the TX Boot Menu

The following day, BOWSER posted an article about an announcement from Team Xecuter with links to various reviews of the SX line of devices, along with a request for assistance in translating user manuals for the devices:



SX PRO and SX OS Reviewed Around The World

JUN 28

by GaryOPA : Jun 28, 2018 at 2:38 PM                    1,487      0

Plus Team-Xecuter is asking for your help in translating the SX Family Manuals to non-English Languages!

With stock of SX PRO now in the hands of Switch Video Gamers around the World, the reviews are pouring in various languages and TX has put up a page highlighting them all, so you can check it out and decide if SX PRO or SX OS is the right modding product for you, plus they also mentioned on their official site, they are looking for help in translating the SX Manuals, and will reward you for your work.

*With the successful launch of the SX Pro, and most recently, the release of SX OS v1.2, Team-Xecuter has proven their commitment to making your Nintendo Switch modding experience the easiest and best it can be.*

*We would like to thank everyone that has taken the time to review our SX Family of products in their own language. Your support has helped make SX Pro and SX OS a worldwide success!*

*In...*

Affidavit of Special Agent Lynn Henry - 105
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

266.   **SUBJECT DOMAIN 11** hosted a number of forums related to piracy, including the "Official" support forums for the Stargate and Gateway 3DS devices, among others:



267.   Communications from BOWSER's e-mail accounts indicate that BOWSER controlled, operated, and received proceeds from advertisements on **SUBJECT DOMAIN 11**.  As indicated in the screen shot below, BOWSER's account -- associated with his alias "GaryOPA" -- was active on **SUBJECT DOMAIN 11** since March 18, 2006, and had written or received approximately 25,712 messages:

//

//

Affidavit of Special Agent Lynn Henry - 106
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970



268.   A review of communications from BOWSER's email accounts revealed that he regularly solicited paid advertisements that could be placed on **SUBJECT DOMAIN 11**.  Many of the advertisements posted on **SUBJECT DOMAIN 11** were for retailers who sold the enterprise's products.  For example, **SUBJECT DOMAIN 11** featured the following two advertisements for retailers, one of which overtly advertised that it provided free ROMs:

//

//

//

//

Affidavit of Special Agent Lynn Henry - 107
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19



20    269.   The enterprise used **SUBJECT DOMAIN 11** to direct customers to

21 resources that would facilitate piracy, such as libraries of pirated ROMs.  On or about

22 August 18, 2018, BOWSER sent an email explaining that he would "be busy setting

23 up the 'underground' stuff (rompacks, coverarts, emulators) on maxconsole forums,

24 that will also help on 'grey side' of the device for those wishing to play more than

25 original snes cartridges . . ."  Subsequently, on approximately August 29, 2018,

26 numerous posts were made on **SUBJECT DOMAIN 11** that linked to ROM libraries.

27 The enterprise also placed a link to these posts on **SUBJECT DOMAIN 8**.  These

28 posts contained links to at least 18 "packs" of pirated ROMs:

Affidavit of Special Agent Lynn Henry - 108
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE
5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Title ↑ | Start Date | Replies | Views | Last Message |
|---|---|---|---|---|
| MagicMike's Combined ROMPack - (Everything, but ARCADE, GBA, N64) | | Replies: | 0 | MagicMike |
| | | Views: | 6,989 | Aug 29, 2018 |
| MagicMike's ROMPack - Arcade Games | | Replies: | 0 | MagicMike |
| | | Views: | 4,913 | Aug 29, 2018 |
| MagicMike's ROMPack - Atari 2600 | | Replies: | 0 | MagicMike |
| | | Views: | 2,320 | Aug 29, 2018 |
| MagicMike's ROMPack - Atari 7800 | | Replies: | 0 | MagicMike |
| | | Views: | 1,838 | Aug 29, 2018 |
| MagicMike's ROMPack - Atari Lynx | | Replies: | 0 | MagicMike |
| | | Views: | 2,192 | Aug 29, 2018 |
| MagicMike's ROMPack - Game Boy / Game Boy Color / Game Boy Advance | | Replies: | 0 | MagicMike |
| | | Views: | 14,992 | Aug 29, 2018 |
| MagicMike's ROMPack - Intellivision | | Replies: | 0 | MagicMike |
| | | Views: | 2,087 | Aug 29, 2018 |
| MagicMike's ROMPack - N64 (Nintendo 64) | | Replies: | 0 | MagicMike |
| | | Views: | 25,230 | Aug 29, 2018 |
| MagicMike's ROMPack - Neo Geo Pocket / Neo Geo Pocket Color | | Replies: | 0 | MagicMike |
| | | Views: | 2,494 | Aug 29, 2018 |
| MagicMike's ROMPack - NES / SNES | | Replies: | 0 | MagicMike |
| | | Views: | 55,630 | Aug 29, 2018 |
| MagicMike's ROMPack - PC Engine (TurboGrafx-16) | | Replies: | 0 | MagicMike |
| | | Views: | 3,234 | Aug 29, 2018 |
| MagicMike's ROMPack - Sega 32x | | Replies: | 0 | MagicMike |
| | | Views: | 6,412 | Aug 29, 2018 |
| MagicMike's ROMPack - Sega Game Gear | | Replies: | 2 | deksibe |
| | | Views: | 7,392 | Nov 12, 2019 |
| MagicMike's ROMPack - Sega Master System | | Replies: | 0 | MagicMike |
| | | Views: | 6,064 | Aug 29, 2018 |
| MagicMike's ROMPack - Sega Mega Drive (Genesis) | | Replies: | 0 | MagicMike |
| | | Views: | 19,013 | Aug 29, 2018 |
| MagicMike's ROMPack - Vectrex Arcade System | | Replies: | 0 | MagicMike |
| | | Views: | 2,057 | Aug 29, 2018 |
| MagicMike's ROMPack - Virtual Boy by Nintendo | | Replies: | 0 | MagicMike |
| | | Views: | 1,739 | Aug 29, 2018 |
| MagicMike's ROMPack - WonderSwan / WonderSwan Color | | Replies: | 0 | MagicMike |
| | | Views: | 3,032 | Aug 29, 2018 |

270.   These forum posts contained links to rom-bank.com, which, in turn, hosted the ROM downloads identified on **SUBJECT DOMAIN 11**.  In total, rom-bank.com hosted downloads for approximately 13,630 individual game titles.  Based on my review of the names of these titles, most, if not all, the titles appear to be pirated ROMs of commercial game titles.

271.   Thus, those forums provided a location for users to discuss news and updates about the enterprise, explore installation and use difficulties, and receive technical support.  In other words, the forums allowed the enterprise to facilitate

Affidavit of Special Agent Lynn Henry - 109
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   continued use of the circumvention devices, even for those circumvention devices that
2   were no longer being manufactured.

3   272.   Because **SUBJECT DOMAIN 11** masqueraded as a website that was
4   independent of Team Xecuter, the enterprise used the website to present Team
5   Xecuter's response to enforcement actions brought by Nintendo.  For example, on
6   approximately July 17, 2020, the enterprise made a post regarding an update made by
7   Team Xecuter in response to software updates that Nintendo instituted to combat
8   piracy.  The enterprise described Team Xecuter's countermeasures as part of a "Cat &
9   Mouse" game between Nintendo and Team Xecuter:



273.   Most notably, on or about June 11, 2020, the enterprise posted on
**SUBJECT DOMAIN 11** a summary of, and commentary on, an interview that a
representative from Team Xecuter gave to the website TorrentFreak.com.[9]  In the
interview, the Team Xecuter representative criticized Nintendo for filing civil
enforcement actions against online retailers who sold Team Xecuter products.  The
representative criticized Nintendo for engaging in censorship and contended that
Team Xecuter was not a "copyright-infringing ring of software pirates":

_____

[9] https://torrentfreak.com/team-xecuter-accuses-nintendo-of-censorship-and-legal-scare-tactics-200611/ (last checked 10/06/2021).

Affidavit of Special Agent Lynn Henry - 110
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

*"Of course we are not happy with this kind of censorship that is being enforced by legal injunctions that make us out to be something we are not: a copyright-infringing ring of software pirates,"* Team-Xecuter tells TorrentFreak.

*With the lawsuits, Nintendo hoped to limit the availability of SX Core and SX Lite, but it couldn't prevent them from being shipped out to customers this week. While some may use the hacks to load and play pirated games, Team-Xecuter notes that their products have a wide variety of use cases.*

*"Our products allow the end-user to make legitimate backups of their original cartridges that they can keep to themselves and play, but this is only a very tiny subset of what the SX products allow you to do. With SX you can expand your storage capacities of your console, run Linux, Android and a myriad of opensource applications, games, and utilities,"* they tell us.

Ironically, the enterprise made this post on the very same website it used to direct its customers to the vast library of pirated ROMs located on rom-bank.com, among others.  The Team Xecuter representative went on to criticize Nintendo's enforcement efforts as "legal scare tactics" designed to intimidate the retailers who sold Team Xecuter products:

In addition, Team-Xecuter points out that its products also allow amateur programmers to test their games and software on the otherwise closed ecosystem. That spurs innovation and allows aspiring coders to develop their talent.

*"We believe many of these cases are based on legal scare tactics. But that is (sadly) enough to get a small vendor (often side-businesses ran by enthusiasts) who does not have the financial/legal capacity to fight such lawsuits in court to fold and stop their operations entirely."*

Team-Xecuter is not directly targeted in these lawsuits but it stands firmly behind its activities. The group believes that people are allowed to tinker with products they legally bought, pointing to the growing *"right to repair"* movement which stand up for the same ideals

*"We are firm believers of the right to repair legislation, a growing movement to counteract the monopolistic control over hardware which is the property of the consumer who paid for it in the first place,"* Team-Xecuter notes.

So there you have it the cannonball's are loaded on both sides, and the Xecuter Pirate Ships are going to face off against the Nintendo Fleet of Warships, with the main fact that 'consumers' have the 'right to repair' and 'tinker' with products that they purchased, and not everyone uses their products just for 'piracy', there is also 'homebrew', 'Linux', 'Android' and up and coming 'small game developers'.

NEWS SOURCE: --> https://torrentfreak.com/team-xecuter-accuses-nintendo-of-censorship-and-legal-scare-tactics-200611/

Despite Team Xecuter's claim that its products supported the "right to repair" movement, my review of the enterprise's communications and websites indicates that the enterprise was overwhelmingly focused on generating proceeds from developing devices that could be used to play pirated ROMs.

274.    **SUBJECT DOMAIN 11** advertised and promoted the enterprise's circumvention devices, including the SX line of products, among others, and a library of over 13,000 ROMs for use with those promoted circumvention devices, which generated proceeds from the Team Xecuter wire fraud and criminal copyright

Affidavit of Special Agent Lynn Henry - 111
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

infringement scheme that defrauded the victim companies of the revenue they were entitled to receive from the playing of the videogames.

275.    A search of publicly available WHOIS domain name registration records revealed that **SUBJECT DOMAIN 11** was registered on or about April 9, 2003, through the registrar, PDR Ltd., dba PublicDomainRegistry.com, a subsidiary of Newfold Digital, Inc. (FKA Endurance International Group, Inc.), which has its headquarters in Burlington, Massachusetts, USA.  The publicly available WHOIS information listed the registrant for **SUBJECT DOMAIN 11** as "GDPR Masked" with the registrant country listed as the Netherlands.

276.    Publicly available WHOIS records also revealed that **SUBJECT DOMAIN 11** is hosted on a computer assigned IP address 94.228.129.188, which is owned by Prolocation B.V. in the Netherlands.

277.    The top-level domain for **SUBJECT DOMAIN 11** is VeriSign, Inc., a U.S.-based company which is the designated registry operator/manager for the ".com" top-level domains.

278.    Although **SUBJECT DOMAIN 11** is no longer active, a seizure of this domain name will prevent it from being used in the future and will redirect customers to a warning banner that will advise them about the illegality of circumvention devices and software piracy.

## **CONCLUSION**

279.    Based on the foregoing reasons, I respectfully submit that there is probable cause to believe that the **SUBJECT DOMAINS** have been used, or are intended to be used, to commit or facilitate the SUBJECT OFFENSES.  Accordingly, the **SUBJECT DOMAINS** are subject to civil forfeiture under Title 18, United States Code, Section 981(a)(1)(A) and/or Title 18, United States Code, Section 2323(a).  I therefore request that the Court issue a seizure warrant for the **SUBJECT DOMAINS** pursuant to Title 18, United States Code, Section 981(b).

Affidavit of Special Agent Lynn Henry - 112
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

280.   Because the warrant will be served on VeriSign, Inc., which controls the **SUBJECT DOMAINS**, and thereafter, at a time convenient to it, it will transfer control of the **SUBJECT DOMAINS** to the government, there exists reasonable cause to permit the execution of the requested warrant at any time in the day or night.

Special Agent Lynn M. Henry
Homeland Security Investigations

The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit on the ___10th___ day of November, 2021.

THE HON. JOHN L. WEINBERG
United States Magistrate Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ATTACHMENT A

**I.    Subject Domain Names**

        a. Team-xecuter.com
        b. Xecuter.com
        c. Mod3dscard.com
        d. Sxflashcard.com
        e. Digitopz.com
        f. Truebluemini.com
        g. Ploylab.com
        h. Classic2magic.com
        i. Axiogame.com
        j. Chinadistrib.com
        k. Maxconsole.com

**II.   Seizure Procedure**

A. The seizure warrant will be presented in person or transmitted via facsimile or email to personnel of the domain name registry listed in Section 0 ("Subject Registry") and the domain name registrars based in the United States listed in Section IV ("Subject Registrars"). The Subject Registry will be directed, for the domain names listed in Section I ("Subject Domain Names") for which it serves as the top-level domain registry, to make any changes necessary to restrain and lock the domain name pending transfer of all rights, title, and interest in the Subject Domain Name to the United States upon completion of forfeiture proceedings.

B. Upon seizure of the Subject Domain Names, the Subject Registry shall point the Subject Domain Names to the IPR Center's Domain Names ns1.seizedservers.com (IP address 66.212.148.117) and ns2.seizedservers.com (IP address 66.212.148.118) and at which the Government will display a web page with the following notice:

> *This domain name has been seized by ICE - Homeland Security Investigations pursuant to a seizure warrant issued by a United States District Court under the authority of Title 18, United States Code, Sections 981 and 2323.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

*Willful copyright infringement is a federal crime that carries penalties of up to five years in federal prison and a $250,000 fine, forfeiture and restitution (Title 17, United States Code, Section 506, Title 18, United States Code, Section 2319). Trafficking in circumvention devices is a federal crime that carries penalties for first time offenders of up to five years in prison, a $500,000 fine, and restitution (Title 17, United States Code, Sections 1201(a)(2)(A) and 1204(a)(1)).  Attempt or conspiracy to commit wire fraud is a federal crime that carries penalties of up to 20 years imprisonment, a $500,000 fine, forfeiture, and restitution (Title 18, United States Code, Section 1349).*

C.  Upon seizure of the Subject Domain Names, the <u>Subject Registry</u> will take all steps necessary to restrain and lock the domain at the registry level to ensure that changes to the subject domain names cannot be made absent a court order or, if forfeited to the United States Government, without prior consultation with United States Immigration and Customs Enforcement.

D.  Upon seizure of the Subject Domain Names, the <u>Subject Registrars</u> based in the United States shall contact the registrant of the Subject Domain Name and provide them notice of the seizure along with the following contact information:

|   |   |   |
|---|---|---|
| a. | Name: | Homeland Security Investigations |
|    |       | National Intellectual Property Rights Coordination Center |
| b. | Address: | 2451 Crystal Drive, Suite 200 |
|    |       | Arlington, VA 20598-5105 |
|    | Country: | USA |
| c. | Telephone: | 1-866-IPR-2060 (1-866-477-2060) |
| d. | Email: | IPRCenter@dhs.gov |
| e. | Fax: | 703-603-3872 |

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

**III.    Subject Registry**

VeriSign, Inc.
12061 Bluemont Way
Reston, Virginia 20190
*(For all Subject Domain Names)*

**IV.    Subject Registrars based in the U.S.**

Corporation Service Company (CSC) Corporate Domains, Inc.
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808
*(For Mod3dscard.com; Axiogame.com)*

GoDaddy.com, LLC
2155 East GoDaddy Way
Tempe, Arizona 85284
*(For Sxflashcard.com; Digitopz.com; Ploylab.com)*

NameCheap, Inc. dba Namecheap.com
4600 East Washington Street, Suite 300
Phoenix, Arizona 85034
*(For Team-xecuter.com; Xecuter.com)*

PublicDomainRegistry.com, a subsidiary of Newfold Digital, Inc. (formerly known as Endurance International Group, Inc.).
10 Corporate Drive, Suite 300
Burlington, Massachusetts, 01803
*(For Truebluemini.com; Classic2magic.com; Chinadistrib.com; Maxconsole.com)*

Attachment A  -- Page 3
USAO#2018R00640

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970